☙AO 451 (Rev.12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF Virginia

**FILED FEB 2 2 2008**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

Airlines Reporting Corporation

V.

Commercial Travel Corporation
d/b/a Matlock Travel, et al.

CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT

'08 MC 0088

Case Number: 1:04cv613

I, _____Fernando Galindo_____ Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action ___9/4/2007___, as it
                                                                                                              Date
appears in the records of this court, and that

No notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

2/14/2008
Date

*Fernando Galindo,* Clerk
Clerk

*Kathryn M. Stasko*
(By) Deputy Clerk

---

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
SEP 4 2007
CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

AIRLINES REPORTING CORPORATION,   :
:
Plaintiff,   :
:   Civil Action No.: 1:04cv613
v.   :
:
COMMERCIAL TRAVEL CORPORATION   :
d/b/a MATLOCK TRAVEL, et al.,   :
:
Defendants.   :

## ORDER

UPON CONSIDERATION OF Plaintiff Airlines Reporting Corporation's Motion for Entry of Default Judgment, any opposition thereto, and for good cause shown, it is this ____ day of September, 2007, hereby

ORDERED, that Plaintiff's Motion for Entry of Default Judgment be, and the same hereby is, GRANTED, and it is

FURTHER ORDERED, that Judgment in the sum of Seven Hundred One Thousand, Nine Hundred Forty-Two and 81/100 ($701,942.81) is hereby entered in favor of Plaintiff Airlines Reporting Corporation jointly severally against Defendants Mario Renda and Robert Kremer.

The entry of Default Judgment is in accordance with Rule 55(b) of the Federal Rules of Civil Procedure.

9/4/07

_____
United States District Court Judge

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _Kathryn M. Starko_
DEPUTY CLERK

111726-1

```
          UNITED STATES
          DISTRICT COURT
      SOUTHERN DISTRICT OF CALIFORNIA
            SAN DIEGO DIVISION

        # 147992     - SH

         February 22, 2008
             16:14:25


              Misc. Case
   USAO #.: 08MC0088          $39.00 CK
   Amount.:
   Check#.: BC19876



           Total->  $39.00


        FROM: MISC CASE FILING 08MC0088
```