FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

08 FEB 28 PM 4:09

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| AIRLINES REPORTING CORP ) | |
| ) | CASE NO. 08-MC-0088 |
| vs. ) | |
| ) | **PRAECIPE** |
| COMMERCIAL TRAVEL CORP ) | |

TO THE CLERK:

$31 FOR ISSUANCE OF ABSTRACT OF JUDGMENT.

DATE: FEB. 28, 2008

FEB 2 8 2008

Date Issued: _____

_____
Name
BRYAN D. SAMPSON, ESQ.

Address
2139 FIRST AVE. SD, CA 92101

(619) 557-9420
Telephone

K:\COMMON\CSA\FORMS\PRAECIPE.WPD April 11, 2000 (1:56pm)