**SAMPSON & ASSOCIATES**
Bryan D. Sampson, Esq. (#143143)
Mary L. Fickel, Esq. (#221872)
2139 First Avenue
San Diego, California 92101
Tel. (619) 557-9420 / Fax (619) 557-9425
bsampson@sampsonlaw.net

Attorneys for Judgment Creditor
AIRLINES REPORTING CORPORATION

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRLINES REPORTING CORPORATION, | Case No. 08-MC-00088 |
| Plaintiff/Judgment Creditor, | **MOTION FOR AN ASSIGNMENT ORDER** |
| v. | Date: |
| | Time: |
| COMMERCIAL TRAVEL CORPORATION | Ctrm: |
| d/b/a MATLOCK TRAVEL, et al., | Judge: |
| Defendants/Judgment Debtors. | |

Judgment Creditor AIRLINES REPORTING CORPORATION ("Creditor ARC") hereby moves this Court for an Assignment Order against Judgment Debtor MARIO RENDA.

The Order is requested under Federal Rules of Civil Procedure Rule 69 and California Code of Civil Procedure §708.510 and §709.020.

The motion is made pursuant to a judgment entered by the United States District Court, Eastern District of Virginia, which was registered in this Court, Debtor's refusal to informally resolve this matter and Debtor's receivables.

Respectfully submitted,

DATED: April 17, 2008                    **SAMPSON & ASSOCIATES**

By:    /s/ Bryan D. Sampson
        Attorneys for Judgment Creditor
        E-Mail: bsampson@sampsonlaw.net

SAMPSON & ASSOCIATES
ATTORNEYS AT LAW
2139 FIRST AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619)557-9420 • FACSIMILE (619)557-9425