**SAMPSON & ASSOCIATES**
Bryan D. Sampson, Esq. (#143143)
Mary L. Fickel, Esq. (#221872)
2139 First Avenue
San Diego, California 92101
Tel. (619) 557-9420 / Fax (619) 557-9425
bsampson@sampsonlaw.net

Attorneys for Judgment Creditor
AIRLINES REPORTING CORPORATION

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRLINES REPORTING CORPORATION,<br><br>        Plaintiff/Judgment Creditor,<br><br>v.<br><br>COMMERCIAL TRAVEL CORPORATION<br>d/b/a MATLOCK TRAVEL, et al.,<br><br>        Defendants/Judgment Debtors. | Case No. 08-MC-00088<br><br>**DECLARATION OF BRYAN D. SAMPSON IN SUPPORT OF MOTION FOR AN ASSIGNMENT ORDER**<br><br>Date:<br>Time:<br>Ctrm:<br>Judge: Hon. |

I, Bryan D. Sampson, declare:

1.     I am an attorney licensed to practice in the State of California, and before this Court. I am a principal of Sampson & Associates, attorneys of record for Judgment Creditor Airlines Reporting Corporation in the above-captioned matter against Judgment Debtor Mario Renda, among others, to enforce the judgment, in the sum of over $700,000.00, entered by the United States District Court, Eastern District of Virginia, which was registered in this Court.

2.     If called upon to testify, I could and would competently testify to the matters contained herein based upon my personal knowledge, except as to those matters stated upon information and belief, and as to those matters I am informed and believe thereon allege that they are true and correct based upon my reasonable investigation.

/ / /

1

Case No. 08-MC-00088
DECLARATION OF BRYAN D. SAMPSON IN SUPPORT OF MOTION FOR AN ASSIGNMENT ORDER
S:\Company Files\Clients - Open\ARC\McCord Renda-Kremer\Pleading\Federal\Assignment\BDS.wpd

**Exhibits**

3. Lodged at Exhibit "1" is a true and correct copy of the United States District Court, District of Kansas, Judgment and Commitment Order against Debtor.

4. Lodged at Exhibit "2" is a true and correct copy of United States v. Renda, 609 F. Supp. 1544 (Kan. 1987).

5. Lodged at Exhibit "3" is a true and correct copy of Creditor's Request for Production of Documents.

6. Lodged at Exhibit "4" is a true and correct copy of Debtor Renda's Responses to Creditor's Request for Production of Documents.

7. Lodged at Exhibit "5" is a true and correct copy of the Order Entering Judgment for Debtor Renda in Renda v. Nevarez, Case No. GIC798346.

8. Lodged at Exhibit "6" is a true and correct copy of Debtor Renda's First Amended Complaint in Renda v, Nevarez, et al., Case No. 37-2007-00075627-CU-NP-CTL.

9. Lodged at Exhibit "7" is a true and correct copy of Debtor's sanction threat letter.

10. Lodged at Exhibit "8" is a true and correct copy of Creditor's proposed Assignment Order.

**Factual Background**

11. I am informed and believe and thereon allege that on September 4, 2007, the U.S. District Court, Eastern District of Virginia, entered judgment in favor of Creditor ARC and against, *inter alia*, Debtor Renda. The judgment entered against Debtor Renda was in the principal sum of $701,942.81.

12. I am further informed and believe and thereon allege that the judgment resulted from Debtor defrauding Creditor by Debtor's filing false reports and illegally converting monies due to Creditor for airline ticket sales.

13. Creditor ARC also obtained a judgment against, *inter alia*, Debtor Renda in the Circuit Court of Arlington County, Virginia based upon like conduct. In that matter, Debtor Renda was conducting ticket sales under an unrelated third party entity.

///

2

Case No. 08-MC-00088
DECLARATION OF BRYAN D. SAMPSON IN SUPPORT OF MOTION FOR AN ASSIGNMENT ORDER
S:\Company Files\Clients - Open\ARC\McCord Renda-Kremer\Pleading\Federal\Assignment\BDS.wpd

14. In the state court matter, I obtained an exemplified copy of Creditor Airlines Reporting Corporation's Judgment against Debtor Mario Renda, among others, from the Circuit Court of Arlington County, Virginia. I then submitted an application for a Judgment on Sister-State Judgment to the San Diego County Superior Court which was approved and entered on May 2, 2006.

15. Following entry of the California sister-state judgment, I contacted Debtor Renda to discuss settlement. He declined to enter into any settlement discussions.

16. I then propounded state court post-judgment discovery on Debtor Renda. He provided his written discovery responses to me on October 13, 2006, as follows:

    a. <u>Request For Production No. 35</u>: "Please provide any and all lawsuits in which you are claiming monies from other parties."

    b. <u>Response Request No. 35</u>: "N/A."

17. I subsequently further investigated Debtor Renda. As a result of my ongoing efforts, Creditor learned that Renda filed an action in the San Diego Superior Court entitled <u>Renda v. Nevarez</u> on October 18, 2002. That action was pending at the time I propounded discovery on Debtor Renda. As a result of my discovery of the litigation, I filed and served a Notice of Lien on the pending action. I subsequently learned the San Diego Superior Court entered judgment in favor of Debtor in the amount of $817,429.55 on November 17, 2006.

18. Additionally, Renda filed an action in the San Diego Superior Court entitled <u>Renda v. Nevarez, et al.</u> on September 25, 2007.

19. The judgment as of the date of this application exceeds $700,000.00. Debtor Renda has failed to pay any monies whatsoever towards this debt.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. This Declaration is executed this 8th day of April, 2008, in San Diego, California.

By:   /s/ Bryan D. Sampson
       Bryan D. Sampson, Esq.
       Email: bsampson@sampsonlaw.net

3

Case No. 08-MC-00088
DECLARATION OF BRYAN D. SAMPSON IN SUPPORT OF MOTION FOR AN ASSIGNMENT ORDER
S:\Company Files\Clients - Open\ARC\McCord Renda-Kremer\Pleading\Federal\Assignment\BDS.wpd

SAMPSON & ASSOCIATES
ATTORNEYS AT LAW
2139 FIRST AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619)557-9420 - FACSIMILE (619)557-9425