**SAMPSON & ASSOCIATES**
Bryan D. Sampson, Esq. (#143143)
Mary L. Fickel, Esq. (#221872)
2139 First Avenue
San Diego, California 92101
Tel. (619) 557-9420 / Fax (619) 557-9425
bsampson@sampsonlaw.net

Attorneys for Judgment Creditor
AIRLINES REPORTING CORPORATION

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRLINES REPORTING CORPORATION, | Case No. 08-MC-00088 |
| Plaintiff/Judgment Creditor, | **PROOF OF SERVICE** |
| v. | |
| COMMERCIAL TRAVEL CORPORATION d/b/a MATLOCK TRAVEL, et al., | Ctrm: 1, 4th Floor |
| Defendants/Judgment Debtors. | Judge: Hon. Irma E. Gonzalez |

## **DECLARATION OF SERVICE**

I, Natasha Yeakey, declare:

I am a citizen of the United States and I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is 2139 First Avenue, San Diego, California, 92101.

I further declare that I am readily familiar with the business practices of Sampson & Associates for service of documents, which documents served by facsimile are transmitted in and the original deposited with the United States Postal Service in our ordinary course of business on the same day, the documents served by mail are deposited with the United States Postal Service in the ordinary course of business the same day and that documents served personally, are delivered the same day.

/ / /

/ / /

1

Case No. 08-MC-00088

On May 23, 2008, I served the following document(s):

- **NOTICE OF HEARING RE: MOTION FOR AN ASSIGNMENT ORDER;**
- **MOTION FOR AN ASSIGNMENT ORDER;**
- **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR AN ASSIGNMENT ORDER;**
- **DECLARATION OF SUZANNE LEWIS IN SUPPORT OF MOTION FOR AN ASSIGNMENT ORDER;**
- **DECLARATION OF BRYAN D. SAMPSON IN SUPPORT OF MOTION FOR AN ASSIGNMENT ORDER;** and
- **NOTICE OF LODGMENT OF EXHIBITS IN SUPPORT OF MOTION FOR AN ASSIGNMENT ORDER.**

on the following:

Mario Renda
5212 Chelsea Street
La Jolla, CA 92037
*Judgment Debtor Pro Per*

in the following manner of service (check appropriate):

**_X_  By Mail**   I caused such envelope, with postage thereon fully prepaid, to be placed in the United States Mail at San Diego, California.

**___ By Fax**    I also caused such document(s) to be telecopied to the offices of the addressees where indicated.

I declare under penalty of perjury under the laws of the United States of America and the State of California, that the foregoing is true and correct. Executed on May 23, 2008, at San Diego, California.

_____
Natasha Yeakey