1   JOHN J. FRENI, ESQ. (Bar No. 132912)
    A Professional Law Corporation
2   600 West Broadway, Suite 400
    San Diego, CA 92101
3   (619) 557-9128; (619) 515-1197

4   Attorneys for Defendant/Judgment Debtor MARIO RENDA

5

6

7

8                         UNITED STATES DISTRICT COURT

9               FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10  | AIRLINES REPORTING CORPORATION, | CASE NO.08-MC-00088 |
    |---|---|
11  | Plaintiff/Judgment Creditor, | PROOF OF SERVICE |
12  | v. | |
13  | COMMERCIAL TRAVEL CORPORATION d/b/a MATLOCK TRAVEL, *et al.*, | Date: Time: Dept.:      1, 4th Floor Judge:      Hon. Irma E. Gonzalez |
14  | Defendants/Judgment Debtors. | |
15

16          I, KATHRYN NORTE, declare that:

17          I am over the age of 18 years and not a party to the action; I am employed in the County

18  of San Diego, California, within which county the mailing occurred; my business address is 600

19  West Broadway, Suite 400, San Diego, California 92101.

20          On June 25, 2008, I served the following document(s):

21          1:      *EX PARTE* MOTION FOR STAY PURSUANT TO FEDERAL RULES OF

22                  CIVIL PROCEDURE RULE 62(b)(4)

23          2:      DECLARATION OF JOHN J. FRENI IN SUPPORT OF DEFENDANT

24                  MARIO RENDA'S *EX PARTE* MOTION FOR STAY PURSUANT TO

25                  FEDERAL RULES OF CIVIL PROCEDURE RULE 62(b)(4)

26  / / /

27  / / /

28

                                    1

on the following parties:

| | |
|---|---|
| Bryan D. Sampson, Esq.<br>Sampson & Associates<br>2139 First Avenue<br>San Diego, CA  92101<br>bsampson@sampsonlaw.net<br>Tel : (619) 557-9420<br>Fax: (619) 557-9425 | Attorneys for AIRLINES REPORTING<br>CORPORATION |

as follows:

__X__ **Service By CM/ECF** - pursuant to Federal Rule of Civil Procedure section 5(b)(D) on designated recipients through electronic transmission of said documents; a certified receipt is issued to filing party acknowledging receipt by CM/ECF's systems.  Once CM/ECF has served all designated recipients, proof of electronic service is returned to the filing party.  I designated the parties to receive the described document(s) pursuant to the list as maintained on the CM/ECF website.  In addition, each registered user of the CM/ECF system is responsible for assuring that the user's email account is monitored regularly, and that email notices are opened in a timely manner.

__X__ **[Federal]** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed June 25, 2008, at San Diego, California.

s/  Kathryn Norte