# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRLINES REPORTING CORPORATION,<br><br>     Plaintiff/Judgment Creditor,<br>vs.<br><br>COMMERCIAL TRAVEL CORPORATION dba MATLOCK TRAVEL, et al.,<br><br>     Defendants/Judgment Debtors. | CASE NO. 08mc88-IEG<br><br>Order Granting Defendant/Judgment Debtor's Oral Request for Order Shortening Time to File Motion |

Defendant/Judgment Debtor Mario Renda orally requested an order shortening the time within which he must file his motion for relief from judgment as referenced in this Court's June 26, 2008 order. Counsel for Plaintiff/Judgment Creditor has no objection to the request.

Therefore, Defendant/Judgment Debtor's motion for relief from judgment under Fed. R. Civ. P. 60(b)(4) must be filed by Monday, June 30, 2008. Plaintiff/Judgment Creditor must file its opposition on or before Monday, July 14, 2008. Defendant/Judgment Debtor must file his reply by Monday, July 21, 2008. The hearing remains scheduled for Friday, July 25, 2008 at 10:00 a.m.

**IT IS SO ORDERED.**

**DATED: June 30, 2008**

*Irma E. Gonzalez*
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**

08mc88