JOHN J. FRENI, ESQ. (Bar No. 132912)
A Professional Law Corporation
600 West Broadway, Suite 400
San Diego, CA 92101
(619) 557-9128; (619) 515-1197

Attorneys for Defendant, MARIO RENDA

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRLINES REPORTING CORPORATION,<br><br>Plaintiff/Judgment Creditor,<br><br>v.<br><br>COMMERCIAL TRAVEL CORPORATION d/b/a MATLOCK TRAVEL, *et al.*,<br><br>Defendants/Judgment Debtors. | CASE NO. 08-MC-00088<br><br>DEFENDANT MARIO RENDA'S NOTICE OF MOTION AND MOTION TO VACATE JUDGMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 60 (b)(4).<br><br>Date:     July 25, 2008<br>Time:    10:00 a.m.<br>Ctrm:    1, 4th Floor<br>Judge:   Hon. Irma E. Gonzalez<br><br>Judgment: September 4, 2007 |

TO: PLAINTIFF AIRLINES REPORTING CORPORATION ("ARC") AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 25, 2008, at 10:00 a..m., in Department 1 of the above-entitled court, Defendant MARIO RENDA will move the Court for an order that vacates plaintiff AIRLINES REPORTING CORPORATION's ("ARC") default judgment against him, pursuant to Federal Rules of Civil Procedure, Rule 60(b)(4).

Mr. RENDA's motion is made on the grounds that ARC's default judgment is void because the United States District Court for the Eastern District of Virginia, which issued the default judgment, lacked personal jurisdiction over Mr. RENDA because he did not have the required minimum contacts with the State of Virginia to justify the exercise of personal jurisdiction. The United States District Court for the Eastern District of Virginia determined

1

1  that it lacked personal jurisdiction over Mr. RENDA in a related, and virtually identical, action
2  between ARC and Mr. RENDA styled, *Airlines Reporting Corporation v. Uniglobe Fairway*
3  *Travel, Inc.*, United States District Court, Eastern District of Virginia, Civil Action No.:
4  1:04cv622.  Under the doctrine of collateral estoppel, the decision in *Uniglobe* established as a
5  matter of law that personal jurisdiction did not and does not exist over Mr. RENDA in
6  Virginia.
7       Mr. RENDA's motion will be based on this notice of motion and motion, the
8  supporting memorandum of points and authorities, the declarations of Mario Renda and John J.
9  Freni, the supporting request for judicial notice and notice of lodgment, the Court's files and
10 records in this matter generally, and on any additional evidence and argument presented at the
11 hearing on the motion.
12
13 Dated: June 30, 2008              JOHN J. FRENI, ESQ.
                                           A Professional Law Corporation
14
15
16                               By:  **s/ JOHN J. FRENI, ESQ.**
                                                Attorneys for Defendant, MARIO RENDA
17
18
19
20
21
22
23
24
25
26
27
28