JOHN J. FRENI, ESQ. (Bar No. 132912)
A Professional Law Corporation
600 West Broadway, Suite 400
San Diego, CA 92101
(619) 557-9128; (619) 515-1197

Attorneys for Defendant/Judgment Debtor MARIO RENDA

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRLINES REPORTING CORPORATION, | CASE NO.08-MC-00088 |
| Plaintiff/Judgment Creditor, | PROOF OF SERVICE |
| v. | |
| COMMERCIAL TRAVEL CORPORATION d/b/a MATLOCK TRAVEL, *et al.*, | Date:<br>Time:<br>Dept.:    1, 4th Floor<br>Judge:    Hon. Irma E. Gonzalez |
| Defendants/Judgment Debtors. | |

I, KATHRYN NORTE, declare that:

I am over the age of 18 years and not a party to the action; I am employed in the County of San Diego, California, within which county the mailing occurred; my business address is 600 West Broadway, Suite 400, San Diego, California 92101.

On June 30, 2008, I served the following document(s):

1:    DEFENDANT MARIO RENDA'S NOTICE OF MOTION AND MOTION TO VACATE JUDGMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 60 (b)(4)

2:    DEFENDANT MARIO RENDA'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO VACATE JUDGMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 60 (b)(4)

3:    DECLARATION OF JOHN J. FRENI IN SUPPORT OF DEFENDANT MARIO RENDA'S MOTION TO VACATE JUDGMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 60 (b)(4)

/ / /

1

4:    DECLARATION OF MARIO RENDA IN SUPPORT OF MOTION TO VACATE JUDGMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 60 (b)(4)

5:    DEFENDANT MARIO RENDA'S NOTICE OF LODGMENT IN SUPPORT OF MOTION TO VACATE JUDGMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE §§ 60, SUBD. (b)(3) and SUBD. (b)(4)

on the following parties:

Bryan D. Sampson, Esq.                    Attorneys for AIRLINES REPORTING
Sampson & Associates                       CORPORATION
2139 First Avenue
San Diego, CA  92101
bsampson@sampsonlaw.net
Tel : (619) 557-9420
Fax: (619) 557-9425

as follows:

__X__  **Service By CM/ECF** - pursuant to Federal Rule of Civil Procedure section 5(b)(D) on designated recipients through electronic transmission of said documents; a certified receipt is issued to filing party acknowledging receipt by CM/ECF's systems.  Once CM/ECF has served all designated recipients, proof of electronic service is returned to the filing party.  I designated the parties to receive the described document(s) pursuant to the list as maintained on the CM/ECF website.  In addition, each registered user of the CM/ECF system is responsible for assuring that the user's email account is monitored regularly, and that email notices are opened in a timely manner.

__X__  **[Federal]**  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed June 30, 2008, at San Diego, California.

s/  Kathryn Norte

2