1  JOHN J. FRENI, ESQ. (Bar No. 132912)
   A Professional Law Corporation
2  600 West Broadway, Suite 400
   San Diego, CA 92101
3  (619) 557-9128; (619) 515-1197

4  Attorneys for Defendant, MARIO RENDA

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRLINES REPORTING CORPORATION, | CASE NO. 08-MC-00088 |
| Plaintiff/Judgment Creditor, | DECLARATION OF MARIO RENDA IN SUPPORT OF OPPOSITION TO MOTION FOR ASSIGNMENT ORDER |
| v. | |
| COMMERCIAL TRAVEL CORPORATION d/b/a MATLOCK TRAVEL, *et al.*, | Date:       July 25, 2008<br>Time:      10:00 a.m.<br>Ctrm.:      1, 4th Floor<br>Judge:     Hon. Irma E. Gonzalez |
| Defendants/Judgment Debtors. | |
| | Judgment: September 4, 2007 |

I, Mario Renda, declare:

1. I am a defendant in this matter. I have personal knowledge of the information in this Declaration, except to as to matters that I have declared on information and belief, and as to those matters, I believe them to be true.

2. There are substantial liens filed against me because of legal problems I had approximately 25 years ago. I do not know the exact amount of these liens, but I am informed and believe they are all a matter of public record, and I know they total several million dollars. I am 67 years old and I do not have, nor do I ever expect to have, the financial wherewithal to be able to pay off these liens.

///

///

1

1 |     I declare under penalty of perjury under the laws of the State of California that the
2 | forgoing is true and correct, and that this declaration was executed on July 10, 2008, in
3 | San Diego, California.
4 |                                             */s/ Mario Renda*
                                             MARIO RENDA