JOHN J. FRENI, ESQ. (Bar No. 132912)
A Professional Law Corporation
600 West Broadway, Suite 400
San Diego, CA 92101
(619) 557-9128; (619) 515-1197

Attorneys for Defendant, MARIO RENDA

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| AIRLINES REPORTING CORPORATION, | CASE NO. 08-MC-00088 |
|---|---|
| Plaintiff/Judgment Creditor, | DEFENDANT MARIO RENDA'S NOTICE OF LODGMENT IN SUPPORT OF OPPOSITION TO PLAINTIFF AIRLINES REPORTING CORPORATION'S MOTION FOR ASSIGNMENT ORDER |
| v. | |
| COMMERCIAL TRAVEL CORPORATION d/b/a MATLOCK TRAVEL, et al., | |
| Defendants/Judgment Debtors. | Date:  July 25, 2008<br>Time:  10:30 a.m.<br>Ctrm:  1, 4th Floor<br>Judge: Hon. Irma E. Gonzalez |

Judgment: September 4, 2007

Defendant MARIO RENDA respectfully lodges true and correct copies of the following documents in support of his opposition to Plaintiff AIRLINES REPORTING CORPORATION's motion for an assignment order:

**EXHIBIT 1:**   Notice of Federal Tax Lien, San Diego County Recorder's Document No. 2005-0718335, recorded August 22, 2005.

**EXHIBIT 2:**   Abstract of Judgment, San Diego County Recorder's Document No. 1993-0445952, recorded July 13, 1993.

**EXHIBIT 3:**   Notice of Federal Tax Lien, San Diego County Recorder's Document No. 1998-0000568, recorded January 2, 1998.

/ / /

| | | |
|---|---|---|
| 1 | **EXHIBIT 4:** | Notice of Federal Tax Lien Under Internal Revenue Laws, San Diego County Recorder's Document No. 1992-0088327, recorded February 19, 1992. |
| 4 | **EXHIBIT 5:** | Abstract of Judgment, San Diego County Recorder's Document No. 1993-0748600, recorded November 8, 1993. |
| 6 | **EXHIBIT 6:** | Notice of Federal Tax Lien, San Diego County Recorder's Document No. 2005-0700876, recorded August 16, 2005. |
| 8 | **EXHIBIT 7:** | Notice of Federal Tax Lien, San Diego County Recorder's Document No. 2000-0318464, recorded June 16, 2000. |
| 10 | **EXHIBIT 8:** | Notice of Federal Tax Lien, San Diego County Recorder's Document No. 2000-0335545, recorded June 26, 2000. |
| 12 | **EXHIBIT 9:** | Notice of Lien dated April 3, 2008, and served via mail on April 8, 2008, in *Renda v. Nevarez* II, with proof of service by mail. |

## DECLARATION AS TO AUTHENTICITY

I, John J. Freni, declare:

All of the documents lodged with this Notice of Lodgment are true and correct copies of the originals.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Dated: July 11, 2008        JOHN J. FRENI, ESQ.
                            A Professional Law Corporation

                            By: s/ **JOHN J. FRENI, ESQ.**
                            Attorneys for Defendant, MARIO RENDA

2

# DEFENDANT MARIO RENDA'S NOTICE OF LODGMENT
# IN SUPPORT OF MOTION TO VACATE JUDGMENT
## EXHIBITS 1 - 9

| | | |
|---|---|---|
| **EXHIBIT 1** | Notice of Federal Tax Lien, San Diego County Recorder's Document No. 2005-0718335, recorded August 22, 2005 | **Page 1** |
| **EXHIBIT 2** | Abstract of Judgment, San Diego County Recorder's Document No. 1993-0445952, recorded July 13, 1993 | **Page 2** |
| **EXHIBIT 3** | Notice of Federal Tax Lien, San Diego County Recorder's Document No. 1998-0000568, recorded January 2, 1998 | **Page 3** |
| **EXHIBIT 4** | Notice of Federal Tax Lien Under Internal Revenue Laws, San Diego County Recorder's Document No. 1992-0088327, recorded February 19, 1992 | **Page 4** |
| **EXHIBIT 5** | Abstract of Judgment, San Diego County Recorder's Document No. 1993-0748600, recorded November 8, 1993 | **Page 5** |
| **EXHIBIT 6** | Notice of Federal Tax Lien, San Diego County Recorder's Document No. 2005-0700876, recorded August 16, 2005 | **Page 6** |
| **EXHIBIT 7** | Notice of Federal Tax Lien, San Diego County Recorder's Document No. 2000-0318464, recorded June 16, 2000 | **Page 7** |
| **EXHIBIT 8** | Notice of Federal Tax Lien, San Diego County Recorder's Document No. 2000-0335545, recorded June 26, 2000 | **Page 8** |
| **EXHIBIT 9** | Notice of Lien dated April 3, 2008, and served via mail on April 8, 2008, in *Renda v. Nevarez* II, with proof of service by mail | **Pages 9-14** |

4784   DOC # 2005-0718335



Recording Requested By Internal Revenue Service. When recorded mail to:

INTERNAL REVENUE SERVICE
PO BOX 145585 STOP 8420G
CINCINNATI, OH 45250-5585

AUG 22, 2005        9:38 AM

OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
GREGORY J. SMITH, COUNTY RECORDER
FEES:           7.00
PAGES:            1

2005-0718335



For Optional Use by Rec

Form 668 (Y)(c)
(Rev. February 2004)

1872  Department of the Treasury - Internal Revenue Service
**Notice of Federal Tax Lien**

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #14 | Serial Number |
|---|---|
| Lien Unit Phone: (800) 913-6050 | 242716405 |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  MARIO RENDA

Residence   5212 CHELSEA ST
            LA JOLLA, CA 92037-7910

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1983 | 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 | 12/10/1984 | N/A | 7096206.36 |

Place of Filing
COUNTY RECORDER
SAN DIEGO COUNTY         Total  $  7096206.36
SAN DIEGO, CA 92101

This notice was prepared and signed at  LAGUNA NIGUEL, CA , on this, the 10th day of August, 2005.

Signature  *Sherwood*         Title REVENUE OFFICER   34-07-1506
for E. KELLY                        (619) 615-9532

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office       For

Exhibit 1
Page - 1

1383   DOC # 1993-0445952
13 [ .-JUL-1993  10:43 AM

OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
ANNETTE EVANS, COUNTY RECORDER

**ABSTRACT OF JUDGMENT**  
AF: 3.00   FEES:   8.50
AF: 1.00   1 NOTICE
NF: 1.00
**NOTICE**  
LF: 3.50

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. § 6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Names and Addresses of Parties against whom judgments have been obtained | Names of Parties in whose favor judgments have been obtained |
|---|---|
| Mario Renda<br>13330 Paseo Del Norte<br>San Diego, CA 92128-1899 | United States of America |

| Amount of Judgment | Names of Creditors' Attorneys | When Docketed |
|---|---|---|
| $ 1,662,045.83  Principal<br>_____  Costs<br>_____  Prejudgment Interest<br>1,662,045.83  TOTAL<br>Plus Statutory Interest | WILLIAM BRANIFF<br>United States Attorney<br>ROBERT H. PLAXICO<br>Assistant U.S. Attorney<br>United States Attorney's Office<br>940 Front Street, Room 5-N-19<br>San Diego, CA 92189-0150<br>Collections Unit - (619) 557-5977 | Date of Entry of Judgment:<br>May 7, 1991; Civil No. 90-1699-E |

UNITED STATES OF AMERICA,   CLERK'S OFFICE   U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA
·SS.

I CERTIFY, that the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

United States Att'y...

**RECORDING REQUESTED BY**  United States Courthouse  Date, San Diego, CA  march 16, 1993
**UNITED STATES ATTORNEY.**  940 Front Street Room 5285
**WHEN RECORDED RETURN TO:**  San Diego CA 92101-8800    DON HENDRIX, Clerk
By _____, Deputy Clerk

OFFICIAL RECORDS, ANNETTE J. EVANS, SAN DIEGO RECORDER/COUNTY CLERK

Exhibit 2
Page - 2

| RECORDING REQUESTED BY: | 113 | DOC # 1998-0000568 |
|---|---|---|
| Internal Revenue Service | | JAN 02, 1998 10:58 AM |
| AND WHEN RECORDED MAIL TO: | | OFFICIAL RECORDS<br>SAN DIEGO COUNTY RECORDER'S OFFICE<br>GREGORY J. SMITH, COUNTY RECORDER<br>FEES:      7.00 |
| Internal Revenue Service<br>P.O. Box 30216<br>Laguna Niguel, CA 92607 | |  |
| | THIS SPACE RESERVED | |

| Form 668 (Y)<br>(Rev. October 1993) | 1063 | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** |
|---|---|---|

| District<br>SOUTHERN CALIFORNIA | Serial Number<br>339738057 | |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and right to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer   MARIO RENDA

Residence  403 SEA RIDGE DR
           SAN DIEGO, CA   92037-7946

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/80 | 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 | 07/13/81 | N/A | |
| 1040 | 12/31/80 | 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 | 12/24/90 | 01/23/2001 | 324390.78 |

| Place of Filing | | |
|---|---|---|
| COUNTY RECORDER<br>SAN DIEGO COUNTY<br>SAN DIEGO, CA 92101 | Total | $ 324390.78 |

This notice was prepared and signed at  Laguna Niguel, CA  , on the,

19th  day of  December , 19  97 .

| Signature  *[signed]*<br>for A CORPUS | Title | Revenue Officer  33-01-1804<br>(619) 268-0850 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept by Recording Office     Form

Exhibit 3
Page - 3

Filing Requested by IRS                                     679

| Form 668 (Y) (Rev. January 1991) | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien Under Internal Revenue Laws** | |
|---|---|---|
| District<br>Laguna Niguel, California | Serial Number<br>3301-1516 | For Optional Use by Recording Office |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, notice is given that taxes (including interest and penalties) have been assessed against the following-named taxpayer. Demand for payment of this liability has been made, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**Name of Taxpayer**  Mario & Antoinette Renda

**Residence**  13330 Paseo Del Verano Norte
San Diego, California 92128

DOC # 1992-0088327
19-FEB-1992 10:16 AM
OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
ANNETTE EVANS, COUNTY RECORDER
RF: 3.00
AF: 1.00
FEES: 5.00

IMPORTANT RELEASE INFORMATION: With respect to each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period Ended<br>(b) | Identifying Number<br>(c) | Date of Assessment<br>(d) | Last Day for Refiling<br>(e) | Unpaid Balance of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12-31-80 | 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 | 12-24-90 | 01-23-01 | 1,397.00 |
| 1040 | 12-31-80 | 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 | 12-24-90 | 01-23-01 | 107,377.00 |

| Place of Filing | | |
|---|---|---|
| San Diego County Recorder's Office<br>San Diego, California | Total $ | 108,774.00 |

This notice was prepared and signed at **San Diego, California**, on this, the **19th** day of **February**, 19 **92**.

| Signature<br>R. Fowler *R. Fowler* | Title<br>Revenue Officer |
|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Form 668 (Y) (Rev. 1-91)

Part 1 - Kept By Recording Office



Exhibit 4
Page - 4

```
                                732      DOC # 1993-0748600
                                         08-NOV-1993  09:43 AM
                                            OFFICIAL RECORDS
            ABSTRACT OF JUDGMENT         SAN DIEGO COUNTY RECORDER'S OFFICE
                                         ANNETTE EVANS, COUNTY RECORDER
                                         RF:      3.00    FEES:       5.00
                      NOTICE             AF:      1.00
                                         NF:      1.00
```

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. § 6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Names and Addresses of Parties against whom judgments have been obtained | Names of Parties in whose favor judgments have been obtained |
|---|---|
| MARIO RENDA<br><br>13321 Old Winery Road<br>Poway, CA 92064 | United States of America |

| Amount of Judgment | Names of Creditors' Attorneys | When Docketed |
|---|---|---|
| $ 100,050.00   Principal<br><br>_____   Costs<br><br>_____   Prejudgment Interest<br>$ 100,050.00   TOTAL<br><br>Plus Postjudgment interest of:<br>18.0 % | WILLIAM BRANIFF<br>United States Attorney<br>ROBERT H. PLAXICO<br>Assistant U.S. Attorney<br>United States Attorney's Office<br>940 Front Street, Room 5-N-19<br>San Diego, CA 92189-0150<br>Collections Unit - (619) 557-5977 | Date of Entry of Judgment:<br><br>Entered in Middle District of<br>Florida on March 17, 1987.<br>Registered in Southern District of<br>California on September 23, 1993.<br>Misc. No. 93-293 |

UNITED STATES OF AMERICA,         CLERK'S OFFICE         U.S. DISTRICT COURT FOR THE
                                                         SOUTHERN DISTRICT OF CALIFORNIA
                                                         SS.

I CERTIFY, that the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

Date, San Diego, CA  Oct. 6, 1993

DON HENDRIX, Clerk

By  /s/ Herbert Schram, Deputy Clerk

Exhibit 5
Page - 5

```
9370   DOC #   2005-0700876
```

Recording Requested By Internal Revenue Service. When recorded mail to:

INTERNAL REVENUE SERVICE
PO BOX 145585 STOP 8420G
CINCINNATI, OH 45250-5585

AUG 16, 2005   10:31 AM

OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
GREGORY J. SMITH, COUNTY RECORDER
FEES:   7.00
PAGES:   1

2005-0700876

FB

For Optional Use by Record

| Form 668 (Y)(c) (Rev. February 2004) | 1872 Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED AREA #14 Lien Unit Phone: (800) 913-6050 | Serial Number 242090905 |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  MARIO RENDA

Residence   5212 CHELSEA ST
            LA JOLLA, CA 92037-7910

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2004 | 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 | 05/30/2005 | 06/29/2015 | 13633.44 |

Place of Filing
   COUNTY RECORDER
   SAN DIEGO COUNTY
   SAN DIEGO, CA 92101

Total  $  13633.44

This notice was prepared and signed at ___LAGUNA NIGUEL, CA___, on this, the __05th__ day of __August__, __2005__.

Signature  *Sherwood*
for E. KELLY

Title  REVENUE OFFICER
       (619) 615-9532                 34-07-1506

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office              Fc

Exhibit 6
Page - 6

| RECORDING REQUESTED BY: | DOC # 2000-0318464 |
|---|---|
| Internal Revenue Service | 4187   JUN 16, 2000 10:54 AM |
| AND WHEN RECORDED MAIL TO: | OFFICIAL RECORDS |
| Internal Revenue Service | SAN DIEGO COUNTY RECORDER'S OFFICE |
| P.O. Box 30216 | GREGORY J. SMITH, COUNTY RECORDER |
| Laguna Niguel, CA 92607 | FEES: 7.00 |



2000-0318464

THIS SPACE RESERVED FOR RECORDER ONLY

F8

Form 668 (Y) | 341
(Rev. October 1993)

Department of the Treasury - Internal Revenue Service

## Notice of Federal Tax Lien

District: SOUTHERN CALIFORNIA    Serial Number: 330069320

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and right to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer: MARIO RENDA

Residence: 4332 N TALMADGE DR
SAN DIEGO, CA 92116-2525

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1997 | 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 | 06/08/1998 | 07/08/2008 | 6321.20 |
| 1040 | 12/31/1998 | 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 | 06/21/1999 | 07/21/2009 | 7155.26 |

Place of Filing
COUNTY RECORDER
SAN DIEGO COUNTY
SAN DIEGO, CA 92101

Total $ 13476.46

This notice was prepared and signed at LAGUNA NIGUEL, CA, on the,

14th day of June, 2000.

Signature for L SALVO /s/ B. Adams    Title Revenue Officer 33-01-1523
(619) 557-6371

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept by Recording Office

Exhibit 7
Page - 7

| RECORDING REQUESTED BY: | 5216 | DOC # 2000-0335545 |
|---|---|---|
| Internal Revenue Service | | JUN 26, 2000 3:10 PM |
| AND WHEN RECORDED MAIL TO: | | |
| Internal Revenue Service | | OFFICIAL RECORDS |
| P.O. Box 30216 | | SAN DIEGO COUNTY RECORDER'S OFFICE |
| Laguna Niguel, CA 92607 | | GREGORY J. SMITH, COUNTY RECORDER |
| | | FEES:     7.00 |



2000-0335545

THIS SPACE RESERVED FOR RECORDER ONLY

| Form 668 (Y) (Rev. October 1993) | 341 | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** |
|---|---|---|
| District SOUTHERN CALIFORNIA | | Serial Number 330070099 |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and right to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer    MARIO RENDA

Residence  4332 N TALMADGE DR
           SAN DIEGO, CA 92116-2525

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1999 | 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 | 05/29/2000 | 06/28/2010 | 6222.50 |

Place of Filing
COUNTY RECORDER
SAN DIEGO COUNTY
SAN DIEGO, CA 92101

Total $ 6222.50

This notice was prepared and signed at LAGUNA NIGUEL, CA _____, on the,
21st day of June, 2000.

Signature for L SALVO    /s/ B Adams        Title Revenue Officer 33-01-1523
                                                  (619) 557-6371

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept by Recording Office

Exhibit 8
Page - 8

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| BRYAN D. SAMPSON, ESQ. (#143143)<br>SAMPSON & ASSOCIATES<br>2139 FIRST AVENUE<br>SAN DIEGO, CA 92101<br>bsampson@sampsonlaw.net<br>ATTORNEY FOR LIEN CLAIMANT: AIRLINES REPORTING CORPORATION | (619) 557-9420<br>FAX (619) 557-9425 | |

NAME OF COURT: SUPERIOR COURT OF CALIFORNIA, SAN DIEGO
STREET ADDRESS: 330 W. BROADWAY
MAILING ADDRESS:
CITY AND ZIP CODE: SAN DIEGO, CA 92101
BRANCH NAME: CENTRAL DIVISION

PLAINTIFF: MARIO RENDA

DEFENDANT: ANA LUISA NEVAREZ aka ANA LUISA ONTIVEROS LOPEZ, et al.

| NOTICE OF LIEN<br>(Attachment - Enforcement of Judgment) | CASE NUMBER:<br>37-2007-00075627-CU-NP-CTL |
|---|---|

ALL PARTIES IN THIS ACTION ARE NOTIFIED THAT
1. A lien is created by this notice under
   a. ☐ Article 3 (commencing with section 491.410) of Chapter 11 of Title 6.5 of Part 2 of the Code of Civil Procedure.
   b. ☒ Article 5 (commencing with section 708.410) of Chapter 6 of Title 9 of Part 2 of the Code of Civil Procedure.
2. The lien is based on a
   a. ☐ right to attach order and an order permitting the creation of a lien (copies attached).
   b. ☒ money judgment.
3. The right to attach order or the money judgment is entered in the following action:
   a. Title of court *(specify):* UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA
   b. Name of case *(specify):* AIRLINES REPORTING CORP. V. COMMERCIAL TRAVEL CORP.
   c. Number of case *(specify):* 08-MC-0088
   d. ☒ Date of entry of judgment *(specify):* SEPTEMBER 4, 2007
   e. ☐ Dates of renewal of judgment *(specify):*

4. The name and address of the judgment creditor or person who obtained the right to attach order are *(specify):*
   AIRLINES REPORTING CORPORATION, c/o Sampson & Associates
5. The name and last known address of the judgment debtor or person whose property is subject to the right to attach order are *(specify):*
   MARIO RENDA, 5212 CHELSEA STREET, LA JOLLA, CA 92037
6. The amount required to satisfy the judgment creditor's money judgment or to secure the amount to be secured by the attachment at the time this notice of lien is filed is
   $ 701,942.81
7. The lien created by this notice attaches to any cause of action of the person named in item 5 that is the subject of this action or proceeding and to that person's rights to money or property under any judgment subsequently procured in this action or proceeding.
8. No compromise, dismissal, settlement, or satisfaction of this action or proceeding or any of the rights of the person named in item 5 to money or property under any judgment procured in this action or proceeding may be entered into by or on behalf of that person, and that person may not enforce any rights to money or property under any judgment procured in this action or proceeding by a writ or otherwise, unless one of the following requirements is satisfied:
   a. the prior approval by order of the court in this action or proceeding has been obtained;
   b. the written consent of the person named in item 4 has been obtained or that person has released the lien; or
   c. the money judgment of the person named in item 4 has been satisfied.

**NOTICE The person named in item 5 may claim an exemption for all or any portion of the money or property within 30 days after receiving notice of the creation of the lien. The exemption is waived if it is not claimed in time.**

Date: APRIL 3, 2008
BRYAN D. SAMPSON, ESQ.
(TYPE OR PRINT NAME)                                          ▶ _____
                                                                  (SIGNATURE OF LIEN CLAIMANT OR ATTORNEY)

Form Approved by the
Judicial Council of California
AT-180, EJ-185 [New January 1, 1985]
Optional Form

NOTICE OF LIEN
(Attachment - Enforcement of Judgment)



CCP 491.410, 708.410

Exhibit 9
Page - 9

| | |
|---|---|
| PLEASE COMPLETE THIS INFORMATION.<br><br>RECORDING REQUESTED BY:<br><br>SAMPSON & ASSOCIATES<br><br>AND WHEN RECORDED MAIL TO:<br><br>SAMPSON & ASSOCIATES<br>Attn: Bryan D. Sampson<br>2139 First Avenue<br>San Diego, California 92101<br><br>**7632** | DOC # 2008-0113071<br><br>MAR 04, 2008    3:20 PM<br>OFFICIAL RECORDS<br>SAN DIEGO COUNTY RECORDER'S OFFICE<br>GREGORY J. SMITH, COUNTY RECORDER<br>FEES:       16.00<br>**PAGES:        3**<br><br>*THIS SPACE FOR RECORDER'S USE ONLY* |

## ABSTRACT OF JUDGMENT
(Please fill in document title(s) on this line)

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
(Additional recording fee applies)

Rec. Form #R25 (7/3/97)

Exhibit 9
Page - 10

# 7633

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AIRLINES REPORTING CORP | ) | NO. 08-MC-0088 |
| | ) | |
| V. | ) | ABSTRACT OF JUDGMENT |
| | ) | |
| COMMERCIAL TRAVEL CORP | ) | |
| | ) | |

1.  ( **x** ) Judgment creditor   (   ) Assignee of record applies for an abstract of judgment and represents the following:   AIRLINES REPORTING CORPORATION

   a.  Judgment debtor's name and last known address:
       PLEASE SEE ATTACHMENT "A" FOR BOTH JUDGMENT DEBTORS

   b.  Driver's license No. and state
       (   ) unknown
   c.  Social Security number
       (   ) unknown

BRYAN D. SAMPSON, ESQ.

(Type or Print Name)                          (Signature of Applicant/Attorney)

2.  a.  ( **x** ) I certify that the following is a true and correct abstract of the judgment entered in this action.
    b.  (   ) A certified copy of the judgment is attached.
3.  Judgment creditor (Name and Address): AIRLINES REPORTING CORPORATION
    c/o Sampson & Associates
    2139 First Ave., SD, CA 92101

4.  Judgment debtor (full name as it appears in judgment): MARIO RENDA and ROBERT KREMER

5.  a.  Judgment entered (date): 9/4/07
    b.  Renewal entered (date): _____
    c.  Renewal entered (date): _____
6.  Total amount of judgment as entered or last renewed: $ 701,942.81

7.  A stay of enforcement has:
    a.  ( **x** ) not been ordered by the court        FEB 2 5 2008
    b.  (   ) been ordered by the court effective until              (Date)

Attested:                                     W. Samuel Hamrick, Jr., Clerk

       day of          , 20      By: _____

::ODMA\PCDOCS\WORDPERFECT\14829\2 May 5, 1999 (10:06am)

Exhibit 9
Page - 11

# 7634

## ATTACHMENT "A" TO ABSTRACT OF JUDGMENT

The Judgment Creditor applies for an abstract of judgment and represents:

1.  The Judgment Debtor's:

    a)  Name and Address    MARIO RENDA
                            5212 CHELSEA STREET
                            LA JOLLA, CA 92037

    b)  Driver's License No.    A8272497

    c)  Social Security No.     2704 (last 4 digits, only)

---

1.  The Judgment Debtor's:

    a)  Name and Address    ROBERT KREMER
                            24027 JUNIPER FLATS ROAD
                            HOMELAND, CA 92548

    b)  Driver's License No.    Unknown

    c)  Social Security No.     5689 (lat 4 digits, only)

---

Exhibit 9
Page - 12

SAMPSON & ASSOCIATES
Bryan D. Sampson, Esq. (#143143)
Mary L. Fickel, Esq. (#221872)
2139 First Avenue
San Diego, CA 92101
Tel. (619) 557-9420 / Fax (619) 557-9425
bsampsonlaw@sampsonlaw.net

Attorneys for Lien Claimant
AIRLINES REPORTING CORPORATION

### SUPERIOR COURT OF CALIFORNIA

### COUNTY OF SAN DIEGO, CENTRAL DIVISION

| | |
|---|---|
| MARIO RENDA,<br><br>      Plaintiffs,<br><br>v.<br><br>ANA LUISA NEVAREZ aka ANA LUISA ONTIVEROS LOPEZ, et al.,<br><br>      Defendants. | Case No. 37-2007-00075627-CU-NP-CTL<br><br>**PROOF OF SERVICE** |

### DECLARATION OF SERVICE

I, Staci Falzon, declare:

I am a citizen of the United States and I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is 2139 First Avenue, San Diego, California, 92101.

I further declare that I am readily familiar with the business practices of Sampson & Associates for service of documents, which documents served by facsimile are transmitted in and the original deposited with the United States Postal Service in our ordinary course of business on the same day, the documents served by mail are deposited with the United States Postal Service in the ordinary course of business the same day and that documents served personally, are delivered the same day.

///

///

---

PROOF OF SERVICE

1

Exhibit 9
Page - 13

On April 8, 2008, I served the following document:

- **NOTICE OF LIEN; and**
- **ABSTRACT OF JUDGMENT.**

on the following:

| | |
|---|---|
| John J. Freni, Esq.<br>One America Plaza<br>600 W. Broadway, Ste. 400<br>San Diego, CA 92101<br>*Attorney for Plaintiff Mario Renda* | Bi-National Transportation Center, Inc.<br>10055 Marconi Drive<br>San Diego, CA 92154<br>*Defendant* |
| ATS International, Inc. dba Pronto Trade & Exports<br>10055 Marconi Drive<br>San Diego, CA 92154<br>*Defendant* | Ana Luisa Nevarez aka Ana Luisa Ontiveros Lopez<br>10055 Marconi Drive<br>San Diego, CA 92154<br>*Defendant* |
| Loponti Holdings, Inc.<br>10055 Marconi Drive<br>San Diego, CA 92154<br>*Defendant* | Gastone Bebi, Esq.<br>444 West C Street, Suite 400<br>San Diego, CA 92101 |

in the following manner of service:

**_X_ By Mail**   I caused such envelopes, with postage thereon fully prepaid, to be placed in the United States Mail at San Diego, California.

**___ By Fax**   I also caused such documents to be telecopied to the offices of the addressees where indicated.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct. Executed on April 8, 2008, at San Diego, California.

*/s/ Staci Falzon*
Staci Falzon