JOHN J. FRENI, ESQ. (Bar No. 132912)
A Professional Law Corporation
600 West Broadway, Suite 400
San Diego, CA 92101
(619) 557-9128; (619) 515-1197

Attorneys for Defendant, MARIO RENDA

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AIRLINES REPORTING CORPORATION, | CASE NO. 08-MC-00088 |
| Plaintiff/Judgment Creditor, | OBJECTIONS OF DEFENDANT MARIO RENDA TO DECLARATIONS OF SUZANNE LEWIS AND BRYAN SAMPSON AND EXHIBITS LODGED BY AIRLINES REPORTING CORPORATION IN SUPPORT OF MOTION FOR AN ASSIGNMENT ORDER |
| v. | |
| COMMERCIAL TRAVEL CORPORATION d/b/a MATLOCK TRAVEL, *et al.*, | |
| Defendants/Judgment Debtors. | Date:   July 25, 2008<br>Time:   10:00 a.m.<br>Ctrm:   1, 4th Floor<br>Judge:  Hon. Irma E. Gonzalez |
| | Judgment: September 4, 2007 |

Defendant MARIO RENDA submits the following objections to the April 14, 2008, Declaration of Suzanne Lewis, Esq. and the April 8, 2008, Declaration of Bryan D. Sampson, Esq. submitted in support of Plaintiff AIRLINES REPORTING CORPORATION's motion for an assignment order.

**April 14, 2008, Declaration of Suzanne Lewis**

Page 2, paragraph 3, lines 6-9

Objections:    Lacks foundation, inadmissible legal conclusion with respect to

Ms. Lewis' opinion regarding jurisdiction, Fed. R. Evid. 403.

/ / /

/ / /

1

Page 2, paragraph 4, lines 10-13

Objections:   Lacks foundation, hearsay, best evidence, Fed. R. Evid. 403.
Ms. Lewis does not have personal knowledge sufficient to provide admissible testimony to support ARC's allegations against Mr. RENDA.

Page 2, paragraph 5, lines 13-20

Objections:   Lacks foundation, hearsay, best evidence, Fed. R. Evid. 403.
Ms. Lewis does not have personal knowledge sufficient to provide admissible testimony to support ARC's allegations against Mr. RENDA.

Page 2, paragraph 6, lines 21-25

Objections:   Irrelevant, lacks foundation, hearsay, best evidence, Fed. R. Evid. 403.
Ms. Lewis does not have personal knowledge sufficient to provide admissible testimony to support ARC's allegations against Mr. RENDA. Moreover, on June 26, 2008, the San Diego County Superior Court determined that ARC's default judgment against Mr. RENDA from the Circuit Court of Arlington County, Virginia is void for lack of personal jurisdiction.

Page 3, paragraph 7, lines 1-2

Objections:   Irrelevant, hearsay, lacks foundation, best evidence, Fed. R. Evid. 403.

**April 8, 2008, Declaration of Bryan D. Sampson**

Page 2, paragraph 3, lines 2-3 and Exhibit 1 to ARC's Notice of Lodgment

Objection:   Irrelevant, Fed. R. Evid. 403.

Page 2, paragraph 4, lines 4-5 and Exhibit 2 to ARC's Notice of Lodgment

Objection:   Irrelevant, Fed. R. Evid. 403.

Page 2, paragraph 5, lines 6-7 and Exhibit 3 to ARC's Notice of Lodgment

Objection:   Irrelevant, Fed. R. Evid. 403.

Page 2, paragraph 6, lines 8-9 and Exhibit 4 to ARC's Notice of Lodgment

Objection:   Irrelevant, Fed. R. Evid. 403.

<u>Page 2, paragraph 9, line 14 and Exhibit 7 to ARC's Notice of Lodgment</u>

Objection:    Irrelevant, Fed. R. Evid. 403.

<u>Page 2, paragraph 12, lines 22-24</u>

Objections:   Hearsay, lacks foundation, best evidence, inadmissible opinion testimony, Fed. R. Evid. 403. Mr. Sampson does not have personal knowledge sufficient to provide admissible testimony to support ARC's allegations against Mr. RENDA.

<u>Page 2, paragraph 13, lines 25-27</u>

Objections:   Hearsay, lacks foundation, best evidence, inadmissible opinion testimony, Fed. R. Evid. 403. Mr. Sampson does not have personal knowledge sufficient to provide admissible testimony to support ARC's allegations against Mr. RENDA.

<u>Page 3, paragraph 15, lines 5-6</u>

Objections:   Irrelevant, Fed. R. Evid. 403.

<u>Page 3, paragraph 16, lines 7-11</u>

Objections:   Irrelevant, Fed. R. Evid. 403. These requests for production were served in *McCord* in October, 2006. They are completely irrelevant to this motion and this action. ARC did not even have the default judgment in the case at bar until September 4, 2007.

Dated: July 11, 2008            JOHN J. FRENI, ESQ.
                                A Professional Law Corporation


                                By: **s/ JOHN J. FRENI, ESQ.**
                                    Attorneys for Defendant, MARIO RENDA