JOHN J. FRENI, ESQ. (Bar No. 132912)
A Professional Law Corporation
600 West Broadway, Suite 400
San Diego, CA 92101
(619) 557-9128; (619) 515-1197

Attorneys for Defendant/Judgment Debtor MARIO RENDA

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRLINES REPORTING CORPORATION,  Plaintiff/Judgment Creditor,  v.  COMMERCIAL TRAVEL CORPORATION d/b/a MATLOCK TRAVEL, *et al.*,  Defendants/Judgment Debtors. | CASE NO. 08-MC-00088  PROOF OF SERVICE  Date:    July 25, 2008  Time:    10:00 a.m.  Dept.:    1, 4th Floor  Judge:    Hon. Irma E. Gonzalez |

I, KATHRYN NORTE, declare that:

I am over the age of 18 years and not a party to the action; I am employed in the County of San Diego, California, within which county the mailing occurred; my business address is 600 West Broadway, Suite 400, San Diego, California 92101.

On July 11, 2008, I served the following document(s):

1: DEFENDANT MARIO RENDA'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF AIRLINES REPORTING CORPORATION'S MOTION FOR ASSIGNMENT ORDER;

2: DECLARATION OF MARIO RENDA IN SUPPORT OF OPPOSITION TO MOTION FOR ASSIGNMENT ORDER;

3: DECLARATION OF ANTHONY RENDA IN SUPPORT OF OPPOSITION TO MOTION FOR ASSIGNMENT ORDER;

4: DECLARATION OF JOHN J. FRENI IN SUPPORT OF DEFENDANT MARIO RENDA'S OPPOSITION TO MOTION FOR ASSIGNMENT ORDER;

1

1    5:    DEFENDANT MARIO RENDA'S NOTICE OF LODGMENT IN SUPPORT OF OPPOSITION TO PLAINTIFF AIRLINES REPORTING CORPORATION'S MOTION FOR ASSIGNMENT ORDER

2    6:    OBJECTIONS OF DEFENDANT MARIO RENDA TO DECLARATIONS OF SUZANNE LEWIS AND BRYAN SAMPSON AND EXHIBITS LODGED BY AIRLINES REPORTING CORPORATION IN SUPPORT OF MOTION FOR AN ASSIGNMENT ORDER

on the following parties:

| Bryan D. Sampson, Esq. | Attorneys for AIRLINES REPORTING CORPORATION |
| Sampson & Associates | |
| 2139 First Avenue | |
| San Diego, CA  92101 | |
| bsampson@sampsonlaw.net | |
| Tel : (619) 557-9420 | |
| Fax: (619) 557-9425 | |

as follows:

__X__ **Service By CM/ECF** - pursuant to Federal Rule of Civil Procedure section 5(b)(D) on designated recipients through electronic transmission of said documents; a certified receipt is issued to filing party acknowledging receipt by CM/ECF's systems.  Once CM/ECF has served all designated recipients, proof of electronic service is returned to the filing party.  I designated the parties to receive the described document(s) pursuant to the list as maintained on the CM/ECF website.  In addition, each registered user of the CM/ECF system is responsible for assuring that the user's email account is monitored regularly, and that email notices are opened in a timely manner.

__X__ **[Federal]**  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed July 11, 2008, at San Diego, California.

s/  Kathryn Norte

2