1 **SAMPSON & ASSOCIATES**
Bryan D. Sampson, Esq. (#143143)
2 Mary L. Fickel, Esq. (#221872)
2139 First Avenue
3 San Diego, California 92101
Tel. (619) 557-9420 / Fax (619) 557-9425
4 bsampson@sampsonlaw.net

5 Attorneys for Judgment Creditor
AIRLINES REPORTING CORPORATION
6

7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| AIRLINES REPORTING CORPORATION, | Case No. 08-MC-00088 |
|---|---|
| Plaintiff/Judgment Creditor, | **PROOF OF SERVICE** |
| v. | |
| COMMERCIAL TRAVEL CORPORATION d/b/a MATLOCK TRAVEL, et al., | Date: July 25, 2008<br>Time: 10:00 a.m.<br>Ctrm: 1, 4th Floor |
| Defendants/Judgment Debtors. | Judge: Hon. Irma E. Gonzalez |

## DECLARATION OF SERVICE

I, Elizabeth Palmer, declare:

I am a citizen of the United States and I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. I am an employee of Sampson & Associates and my business address is 2139 First Avenue, San Diego, California, 92101.

I further declare that I am readily familiar with the business practices of Sampson & Associates for service of documents, which documents served by facsimile are transmitted in and the original deposited with the United States Postal Service in our ordinary course of business on the same day, the documents served by mail are deposited with the United States Postal Service in the ordinary course of business the same day and that documents served personally, are delivered the same day.

/ / /

/ / /

1

Case No. 08-MC-00088
PROOF OF SERVICE
S:\Company Files\Clients - Open\ARC\McCord Renda-Kremer\Pleading\Federal\Opp.Vacate\POS.wpd

On July 14, 2008, I served the following document(s):

- **MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION TO VACATE JUDGMENT;**

- **DECLARATION OF SUZANNE LEWIS IN OPPOSITION TO MOTION TO VACATE JUDGMENT; and**

- **DECLARATION OF DEBORAH ERICKSON IN OPPOSITION TO MOTION TO VACATE JUDGMENT.**

on the following:

John J. Freni, Esq.
One America Plaza
600 W. Broadway, Ste. 400
San Diego, CA 92101
john@freni-law.com
*Attorney for Defendant Mario Renda*

in the following manner of service (check appropriate):

__X__ **By Electronic Filing**   Pursuant to General Order No. 550, such document(s) were submitted via the Court's electronic filing system to the offices of the addressees where indicated.

I declare under penalty of perjury under the laws of the United States of America and the State of California, that the foregoing is true and correct. Executed on July 14, 2008, at San Diego, California.

Elizabeth Palmer