1  JOHN J. FRENI, ESQ. (Bar No. 132912)
   A Professional Law Corporation
2  600 West Broadway, Suite 400
   San Diego, CA 92101
3  (619) 557-9128; (619) 515-1197

4  Attorneys for Defendant, MARIO RENDA

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| AIRLINES REPORTING CORPORATION, | CASE NO. 08-MC-00088 |
|---|---|
| Plaintiff/Judgment Creditor, | DECLARATION OF MARIO RENDA IN SUPPORT OF REPLY RE MOTION TO VACATE JUDGMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 60 (b)(4) |
| v. | |
| COMMERCIAL TRAVEL CORPORATION d/b/a MATLOCK TRAVEL, et al., | |
| Defendants/Judgment Debtors. | Date:    July 25, 2008<br>Time:   10:00 a.m.<br>Ctrm.:   1, 4th Floor<br>Judge:  Hon. Irma E. Gonzalez |
| | Judgment: September 4, 2007 |

I, Mario Renda, declare:

1. I am a defendant in this matter. I have personal knowledge of the information in this Declaration, except to as to matters that I have declared on information and belief, and as to those matters, I believe them to be true.

2. I was not the "Director of Marketing" of Aloha Continental Travel & Tours, Inc. I do not know who prepared the "Announcement" attached as Exhibit "A" to Attorney Lewis' July 14, 2008 Declaration, nor do I recall ever seeing it before this proceeding.

3. I did not sign the "Letter of Intent" attached as Exhibit "B," to Attorney Lewis' July 14, 2008 Declaration.

///

1

1      4.     I did not sign the "Indemnification Agreement" attached as Exhibit "C," to Attorney Lewis' July 14, 2008 Declaration. I invite the court to compare my signature on this and the other declarations I have submitted to the Court, with the signature on Exhibit "C." Whoever did sign Exhibit "C" misspelled my last name "Reda." I never saw Exhibit "C," before this proceeding.

     5.     I am not, nor have I ever been, a member, employee, agent, officer, director, principal or financier of First Mutual, LLC. I did not receive the monies paid to First Mutual, LLC, through the checks attached as Exhibit "E," to Attorney Lewis' July 14, 2008 Declaration.

     I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct, and that this declaration was executed on July 17, 2008, in San Diego, California.

*[signature]*
MARIO RENDA