1  JOHN J. FRENI, ESQ. (Bar No. 132912)
   A Professional Law Corporation
2  600 West Broadway, Suite 400
   San Diego, CA 92101
3  (619) 557-9128; (619) 515-1197

4  Attorneys for Defendant/Judgment Debtor MARIO RENDA

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9              **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

10 | AIRLINES REPORTING CORPORATION, | CASE NO.08-MC-00088 |
   |---|---|
   | Plaintiff/Judgment Creditor, | PROOF OF SERVICE |
11 | | |
   | v. | |
12 | | |
   | COMMERCIAL TRAVEL | Date:    July 25, 2008 |
13 | CORPORATION d/b/a MATLOCK | Time:    10:00 a.m. |
   | TRAVEL, *et al.*, | Dept.:   1, 4th Floor |
14 | | Judge:   Hon. Irma E. Gonzalez |
   | Defendants/Judgment Debtors. | |
15

16        I, KATHRYN NORTE, declare that:

17        I am over the age of 18 years and not a party to the action; I am employed in the County

18 of San Diego, California, within which county the mailing occurred; my business address is 600

19 West Broadway, Suite 400, San Diego, California 92101.

20        On July 21, 2008, I served the following document(s):

21        1.    DEFENDANT MARIO RENDA'S REPLY MEMORANDUM OF POINTS
                AND AUTHORITIES IN SUPPORT OF MOTION TO VACATE DEFAULT
22              JUDGMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE,
                RULE 60 (b)(4);
23

24        2.    DECLARATION OF MARIO RENDA IN SUPPORT OF REPLY RE MOTION
                TO VACATE JUDGMENT PURSUANT TO FEDERAL RULES OF CIVIL
                PROCEDURE, RULE 60 (b)(4);
25

26        3.    DECLARATION OF ANTHONY RENDA IN SUPPORT OF REPLY RE
                MOTION TO VACATE JUDGMENT PURSUANT TO FEDERAL RULES OF
27              CIVIL PROCEDURE, RULE 60 (b)(4);

28

                                    1

1      4.      OBJECTIONS OF DEFENDANT MARIO RENDA TO THE JULY 14, 2008,
DECLARATIONS OF SUZANNE LEWIS AND DEBORAH ERICKSON IN
2      OPPOSITION TO MOTION TO VACATE JUDGMENT;

3 on the following parties:

4

    Bryan D. Sampson, Esq.          Attorneys for AIRLINES REPORTING
    Sampson & Associates              CORPORATION
5    2139 First Avenue
    San Diego, CA  92101
6    bsampson@sampsonlaw.net
    Tel : (619) 557-9420
7    Fax: (619) 557-9425

8 as follows:

9   **X**   **Service By CM/ECF** - pursuant to Federal Rule of Civil Procedure section 5(b)(D) on

10   designated recipients through electronic transmission of said documents; a certified

11   receipt is issued to filing party acknowledging receipt by CM/ECF's systems.  Once

12   CM/ECF has served all designated recipients, proof of electronic service is returned to

13   the filing party.  I designated the parties to receive the described document(s) pursuant

14   to the list as maintained on the CM/ECF website.  In addition, each registered user of

15   the CM/ECF system is responsible for assuring that the user's email account is

16   monitored regularly, and that email notices are opened in a timely manner.

17   **X**   **[Federal]**  I declare that I am employed in the office of a member of the bar of this

18   Court at whose direction the service was made.

19   Executed July 21, 2008, at San Diego, California.

20

21                         s/  Kathryn Norte

22

23

24

25

26

27

28

CASE NO. 08-MC-00088
PROOF OF SERVICE RE REPLY IN SUPPORT OF MOTION TO VACATE JUDGMENT