JOHN J. FRENI, ESQ. (Bar No. 132912)
A Professional Law Corporation
600 West Broadway, Suite 400
San Diego, CA 92101
(619) 557-9128; (619) 515-1197

Attorneys for Defendant, MARIO RENDA

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

AIRLINES REPORTING CORPORATION,

Plaintiff/Judgment Creditor,

v.

COMMERCIAL TRAVEL CORPORATION d/b/a MATLOCK TRAVEL, *et al.*,

Defendants/Judgment Debtors.

CASE NO. 08-MC-00088

OBJECTIONS OF DEFENDANT MARIO RENDA TO JULY 18, 2008, REPLY DECLARATION OF SUZANNE LEWIS IN SUPPORT OF MOTION FOR AN ASSIGNMENT ORDER

Date: July 25, 2008
Time: 10:00 a.m.
Ctrm: 1, 4th Floor
Judge: Hon. Irma E. Gonzalez

Judgment: September 4, 2007

Defendant MARIO RENDA submits the following objections to the July 18, 2008, Reply Declaration of Suzanne Lewis, Esq. submitted in support of Plaintiff AIRLINES REPORTING CORPORATION's motion for an assignment order.

<u>Page 2, paragraph 3, lines 1-4 and Exhibit "9"</u>

Objection: Irrelevant, hearsay.

<u>Page 2, paragraph 4, lines 5-7 and Exhibit "10"</u>

Objection: Irrelevant, hearsay.

<u>Page 2, paragraph 6, lines 10-13 and Exhibit "12"</u>

Objections: Hearsay, best evidence.

<u>Page 2, paragraph 7, ll. 13-15 and Exhibit "13"</u>

Objections: Irrelevant, hearsay.

Page 2, paragraph 8, lines 16-17 and Exhibit "14"

Objections: Irrelevant, lacks foundation, best evidence, hearsay.

Page 2, paragraph 9, lines 18-20 and Exhibit "15"

Objections: Irrelevant, lacks foundation, best evidence, hearsay.

Page 2, paragraph 10, lines 21-22 and Exhibit "16"

Objections: Irrelevant, lacks foundation, best evidence, hearsay, inadmissible settlement negotiations.

Page 3, paragraph 12, lines 1-12

Objections: Lacks foundation, hearsay, best evidence, argumentative.

Page 3, paragraph 14, line 19- page 4, paragraph 14, line 1

Objections: Irrelevant, hearsay, lacks foundation, argumentative. Ms. Lewis concedes that she does not have personal knowledge sufficient to declare the matters stated in this paragraph, and the matters themselves, which all relate to Anthony Renda are irrelevant to the assignment motion.

Page 4, paragraph 15, lines 2-4

Objections: Irrelevant, lacks foundation, best evidence, hearsay, argumentative. Ms. Lewis concedes that she does not have personal knowledge sufficient to declare the matters stated in this paragraph, and even if true, the statements are irrelevant to the assignment motion.

Page 4, paragraph 17, lines 9-14

Objection: Irrelevant, best evidence, lacks foundation, hearsay. The settlement agreement between Anthony Renda and ARC contains no apportionment. ARC's internal apportionments are irrelevant under California Code of Civil Procedure section 877.

Page 4, paragraph 18, lines 16-17

Objection: Irrelevant. Any application or apportionment ARC has internally made concerning settlement monies is irrelevant to this assignment motion, because the settlement agreement, itself, contains no apportionment,

which is the controlling factor under California Code of Civil Procedure section 877.

Page 4, paragraph 19, lines 17-19

Objection: Irrelevant.

Page 4, paragraph 20, lines 21-23

Objection: Irrelevant, argumentative.

Page 5, paragraph 21, lines 3-6

Objection: Hearsay, lacks foundation, best evidence, argumentative.

Dated: July 21, 2008

JOHN J. FRENI, ESQ.
A Professional Law Corporation

By: **s/ JOHN J. FRENI, ESQ.**
Attorneys for Defendant, MARIO RENDA

3

CASE NO.08-MC-00088
RENDA'S OBJECTIONS TO LEWIS REPLY DECLARATION IN SUPPORT OF MOTION FOR ASSIGNMENT ORDER