1  JOHN J. FRENI, ESQ. (Bar No. 132912)
   A Professional Law Corporation
2  600 West Broadway, Suite 400
   San Diego, CA 92101
3  (619) 557-9128; (619) 515-1197

4  Attorneys for Defendant/Judgment Debtor MARIO RENDA

5

6

7
                    **UNITED STATES DISTRICT COURT**
8
              **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
9

| | |
|---|---|
| AIRLINES REPORTING CORPORATION, | CASE NO.08-MC-00088 |
| Plaintiff/Judgment Creditor, | PROOF OF SERVICE |
| v. | |
| COMMERCIAL TRAVEL CORPORATION d/b/a MATLOCK TRAVEL, *et al.*, | Date:     July 25, 2008<br>Time:     10:00 a.m.<br>Dept.:    1, 4th Floor<br>Judge:    Hon. Irma E. Gonzalez |
| Defendants/Judgment Debtors. | |

16        I, KATHRYN NORTE, declare that:

17        I am over the age of 18 years and not a party to the action; I am employed in the County

18  of San Diego, California, within which county the mailing occurred; my business address is 600

19  West Broadway, Suite 400, San Diego, California 92101.

20        On July 21, 2008, I served the following document(s):

21              OBJECTIONS OF DEFENDANT MARIO RENDA TO JULY 18, 2008,
                REPLY DECLARATION OF SUZANNE LEWIS IN SUPPORT OF MOTION
22              FOR AN ASSIGNMENT ORDER

23  on the following parties:

24
        Bryan D. Sampson, Esq.              Attorneys for AIRLINES REPORTING
25      Sampson & Associates                CORPORATION
        2139 First Avenue
26      San Diego, CA  92101
        bsampson@sampsonlaw.net
27      Tel : (619) 557-9420
        Fax: (619) 557-9425
28

                                    1

1   as follows:

2   __X__   **Service By CM/ECF** - pursuant to Federal Rule of Civil Procedure section 5(b)(D) on

3        designated recipients through electronic transmission of said documents; a certified

4        receipt is issued to filing party acknowledging receipt by CM/ECF's systems.  Once

5        CM/ECF has served all designated recipients, proof of electronic service is returned to

6        the filing party.  I designated the parties to receive the described document(s) pursuant

7        to the list as maintained on the CM/ECF website.  In addition, each registered user of

8        the CM/ECF system is responsible for assuring that the user's email account is

9        monitored regularly, and that email notices are opened in a timely manner.

10  __X__   **[Federal]**  I declare that I am employed in the office of a member of the bar of this

11       Court at whose direction the service was made.

12       Executed July 21, 2008, at San Diego, California.

13

14                                    s/  Kathryn Norte

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2