**SAMPSON & ASSOCIATES**
Bryan D. Sampson, Esq. (#143143)
Mary L. Fickel, Esq. (#221872)
2139 First Avenue
San Diego, California 92101
Tel. (619) 557-9420 / Fax (619) 557-9425
bsampson@sampsonlaw.net

Attorneys for Judgment Creditor
AIRLINES REPORTING CORPORATION

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRLINES REPORTING CORPORATION,<br><br>Plaintiff/Judgment Creditor,<br><br>v.<br><br>COMMERCIAL TRAVEL CORPORATION d/b/a MATLOCK TRAVEL, et al.,<br><br>Defendants/Judgment Debtors. | Case No. 08-MC-00088<br><br>**REPLY TO OBJECTIONS TO DECLARATIONS OF SUZANNE LEWIS AND DEBORAH ERICKSON IN OPPOSITION TO MOTION TO VACATE JUDGMENT**<br><br>Date: July 25, 2008<br>Time: 10:00 a.m.<br>Ctrm: 1, 4th Floor<br>Judge: Hon. Irma E. Gonzalez |

Plaintiff/Judgment Creditor AIRLINES REPORTING CORPORATION (Plaintiff "ARC") submits the following Reply to Evidentiary Objections in Opposition to Defendant/Judgment Debtor MARIO RENDA's (Defendant "Renda")Motion to Vacate Judgment based upon the following facts and law.

### DECLARATION OF SUZANNE LEWIS

**1.** **Evidence**:

Page 2, paragraph 3, lines 1-3 and Exhibit "A."

**Defendant's Objection**:

Hearsay, lacks foundation, irrelevant. Ms. Lewis lacks the personal knowledge necessary to authenticate Exhibit A.

///

1

1 **Reply to Objection**:

2 Impeachment, party admission; authenticated through testimony of declarant.

3 **2.   Evidence**:

4 Page 2, paragraph 4, lines 4-5 and Exhibit "B."

5 **Defendant's Objection**:

6 Hearsay, lacks foundation, irrelevant. Ms. Lewis lacks the personal knowledge necessary to
7 authenticate Exhibit B.

8 **Reply to Objection**:

9 Impeachment, party admission; authenticated through testimony of declarant.

10 **3.   Evidence**:

11 Page 2, paragraph 5, lines 5-7 and Exhibit "C."

12 **Defendant's Objection**:

13 Hearsay, lacks foundation, irrelevant. Ms. Lewis lacks the personal knowledge necessary to
14 authenticate Exhibit C.

15 **Reply to Objection**:

16 Impeachment, party admission; authenticated through testimony of declarant.

17 **4.   Evidence**:

18 Page 2, paragraph 6, lines 7-10 and Exhibit "D."

19 **Defendant's Objection**:

20 Hearsay, lacks foundation, irrelevant. Ms. Lewis lacks the personal knowledge necessary to
21 authenticate Exhibit D.

22 **Reply to Objection**:

23 Impeachment, party admission; authenticated through testimony of declarant.

24 **5.   Evidence**:

25 Page 2, paragraph 7, lines 10-12 and Exhibit "E."

26 **Defendant's Objection**:

27 Hearsay, lacks foundation, irrelevant, Federal Rules of Evidence, Rule 403.

28 ///

SAMPSON & ASSOCIATES
ATTORNEYS AT LAW
2139 FIRST AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619)557-9420 - FACSIMILE (619)557-9425

2

Case No. 08-MC-00088
REPLY TO OBJECTIONS IN OPPOSITION TO MOTION TO VACATE JUDGMENT
S:\Company Files\Clients - Open\ARC\McCord Renda-Kremer\Pleading\Federal\Opp.Vacate\Reply.Obj.wpd

1  **Reply to Objection**:

2  Federal Rules of Evidence, Rule 803(6).

3  **6.**  **Evidence**:

4  Page 2, paragraph 8, lines 12-14 and Exhibit "F."

5  **Defendant's Objection**:

6  Hearsay, lacks foundation, irrelevant, FRCP [sic], Rule 403.  Ms. Lewis lacks the personal

7  knowledge necessary to authenticate Exhibit F.

8  **Reply to Objection**:

9  Impeachment, authenticated through testimony of declarant.

10  **7.**  **Evidence**:

11  Page 2, paragraph 10, lines 17-19 and Exhibit "G."

12  **Defendant's Objection**:

13  Hearsay, lacks foundation, irrelevant.  Ms. Lewis lacks the personal knowledge necessary to

14  authenticate Exhibit F.

15  **Reply to Objection**:

16  Impeachment, authenticated through testimony of declarant.

17  **8.**  **Evidence**:

18  Page 3, paragraph 13, lines 1-8.

19  **Defendant's Objection**:

20  Hearsay, lacks foundation, irrelevant.  Ms. Lewis concedes in this paragraph that she lacks

21  personal knowledge necessary to testify to the truth of the matters she asserts in the paragraph.

22  **Reply to Objection**:

23  Foundation, declarant is entity agent.

24  **9.**  **Evidence**:

25  Page 3, paragraph 14, lines 8-11.

26  **Defendant's Objection**:

27  Hearsay, lacks foundation, best evidence.  Ms. Lewis concedes that she lacks the personal

28  knowledge necessary to five admissible testimony concerning the matters she asserts in paragraph 14.

SAMPSON & ASSOCIATES
ATTORNEYS AT LAW
2139 FIRST AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619)557-9420 - FACSIMILE (619)557-9425

3

Case No. 08-MC-00088
REPLY TO OBJECTIONS IN OPPOSITION TO MOTION TO VACATE JUDGMENT
S:\Company Files\Clients - Open\ARC\McCord Renda-Kremer\Pleading\Federal\Opp.Vacate\Reply.Obj.wpd

| | | |
|---|---|---|
| 1 | | **Reply to Objection**: |
| 2 | | Foundation, declarant is entity agent. |
| 3 | **10.** | **Evidence**: |
| 4 | | Page 3, paragraph 15, lines 11-15. |
| 5 | | **Defendant's Objection**: |
| 6 | | Lacks foundation, hearsay, irrelevant. |
| 7 | | **Reply to Objection**: |
| 8 | | Impeachment, authenticated through testimony of declarant. |
| 9 | **11.** | **Evidence**: |
| 10 | | Page 3, paragraph 15, lines 15-17. |
| 11 | | **Defendant's Objection**: |
| 12 | | Lacks foundation, hearsay, irrelevant. |
| 13 | | **Reply to Objection**: |
| 14 | | Impeachment, authenticated through testimony of declarant. |
| 15 | **12.** | **Evidence**: |
| 16 | | Page 3, paragraph 15, lines 17-19. |
| 17 | | **Defendant's Objection**: |
| 18 | | Lacks foundation, hearsay, irrelevant. |
| 19 | | **Reply to Objection**: |
| 20 | | Impeachment, authenticated through testimony of declarant. |
| 21 | **13.** | **Evidence**: |
| 22 | | Page 3, paragraph 15, lines 19-21. |
| 23 | | **Defendant's Objection**: |
| 24 | | Lacks foundation, hearsay, irrelevant. |
| 25 | | **Reply to Objection**: |
| 26 | | Impeachment, authenticated through testimony of declarant. |
| 27 | **14.** | **Evidence**: |
| 28 | | Page 3, paragraph 15, lines 21-27. |

SAMPSON & ASSOCIATES
ATTORNEYS AT LAW
2139 FIRST AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619)557-9420 - FACSIMILE (619)557-9425

4

Case No. 08-MC-00088
REPLY TO OBJECTIONS IN OPPOSITION TO MOTION TO VACATE JUDGMENT
S:\Company Files\Clients - Open\ARC\McCord Renda-Kremer\Pleading\Federal\Opp.Vacate\Reply.Obj.wpd

1 **Defendant's Objection**:

2 Lacks foundation, hearsay, irrelevant.

3 **Reply to Objection**:

4 Impeachment, authenticated through testimony of declarant.

5 **15.** **Evidence**:

6 Page 3, paragraph 15, line 28 - page 4, paragraph 15, line 2.

7 **Defendant's Objection**:

8 Lacks foundation, hearsay, irrelevant.

9 **Reply to Objection**:

10 Impeachment, authenticated through testimony of declarant.

11 **16.** **Evidence**:

12 Page 4, paragraph 16, line 2-5.

13 **Defendant's Objection**:

14 Hearsay, lacks foundation, best evidence, inadmissible opinion testimony, argumentative. There
15 is no evidence before this Court that Mr. RENDA submitted or caused to be submitted any type of
16 report or communication to ARC.

17 **Reply to Objection**:

18 Impeachment, misstates facts.

19 **17.** **Evidence**:

20 Page 4, paragraph 17, line 5-14.

21 **Defendant's Objection**:

22 Hearsay, lacks foundation, best evidence, inadmissible opinion testimony, argumentative. Ms.
23 Lewis concedes that she lacks the personal knowledge necessary to provide admissible testimony under
24 oath concerning the matters she has asserted in paragraph 17.

25 **Reply to Objection**:

26 Impeachment, agent of entity, misstates facts.

27 **18.** **Evidence**:

28 Page 4, paragraph 18, line 14-19.

SAMPSON & ASSOCIATES
ATTORNEYS AT LAW
2139 FIRST AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619)557-9420 - FACSIMILE (619)557-9425

5

Case No. 08-MC-00088
REPLY TO OBJECTIONS IN OPPOSITION TO MOTION TO VACATE JUDGMENT
S:\Company Files\Clients - Open\ARC\McCord Renda-Kremer\Pleading\Federal\Opp.Vacate\Reply.Obj.wpd

**Defendant's Objection**:

Hearsay, lacks foundation, best evidence, inadmissible opinion testimony, argumentative. Ms. Lewis concedes that she lacks the personal knowledge necessary to provide admissible testimony concerning the matters she asserts in paragraph 18.

**Reply to Objection**:

Impeachment, misstates facts.

**19.** **Evidence**:

Page 4, paragraph 19, line 19-25.

**Defendant's Objection**:

Hearsay, lacks foundation, best evidence, inadmissible opinion testimony, argumentative.

**Reply to Objection**:

Impeachment, misstates facts.

**20.** **Evidence**:

Page 4, paragraph 20, line 25 - page 5, paragraph 20, line 7.

**Defendant's Objection**:

Hearsay, lacks foundation, best evidence, inadmissible opinion testimony, argumentative.

**Reply to Objection**:

Impeachment, misstates facts.

**21.** **Evidence**:

Page 5, paragraph 21, lines 9-11.

**Defendant's Objection**:

Hearsay, lacks foundation, best evidence, inadmissible opinion testimony, argumentative.

**Reply to Objection**:

Impeachment, misstates facts.

**22.** **Evidence**:

Page 5, paragraph 22, lines 13-16.

**Defendant's Objection**:

Hearsay, lacks foundation, best evidence. Ms. Lewis misstates the court's ruling concerning

6

Case No. 08-MC-00088
REPLY TO OBJECTIONS IN OPPOSITION TO MOTION TO VACATE JUDGMENT
S:\Company Files\Clients - Open\ARC\McCord Renda-Kremer\Pleading\Federal\Opp.Vacate\Reply.Obj.wpd

SAMPSON & ASSOCIATES
ATTORNEYS AT LAW
2139 FIRST AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619)557-9420 - FACSIMILE (619)557-9425

1 whether personal jurisdiction existed over Mr. RENDA. The court did not determine "without
2 prejudice" that personal jurisdiction did not exist. The court made a final ruling, and dismissed the case
3 without prejudice for a lack of personal jurisdiction.

4 **Reply to Objection**:

5 Foundation. Misstates facts. The Order dismissing Defendant Renda for lack of personal
6 jurisdiction was entered without prejudice.

7 **23.    Evidence**:

8 Page 5, paragraph 23, lines 16-24.

9 **Defendant's Objection**:

10 Irrelevant, lacks foundation, best evidence, inadmissible opinion testimony, argumentative. Ms.
11 Lewis' opinions concerning evidence she supposedly acquired is irrelevant and she has misstated the
12 court's ruling, which dismissed Anthony Renda on May 26, 2006.

13 **Reply to Objection**:

14 Declarant has personal knowledge of the facts asserted.

15 **24.    Evidence**:

16 Page 5, paragraph 24, line 24 - page 6, paragraph 24, line 11.

17 **Defendant's Objection**:

18 Irrelevant, lacks foundation, inadmissible opinion testimony, hearsay. Ms. Lewis' personal
19 opinion concerning whether the relevant facts are the same in the case at bar as in the *Uniglobe* case
20 is irrelevant. Moreover, the purported facts that Ms. Lewis recites in this paragraph are irrelevant to
21 the issues of collateral estoppel and personal jurisdiction.

22 **Reply to Objection**:

23 Agent of entity, misstates the law.

24 **DECLARATION OF DEBORAH ERICKSON**

25 **1.    Evidence**:

26 Page 2, paragraph 5, lines 11-13.

27 **Defendant's Objection**:

28 Irrelevant, lacks foundation, inadmissible opinion testimony.

SAMPSON & ASSOCIATES
ATTORNEYS AT LAW
2139 FIRST AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619)557-9420 - FACSIMILE (619)557-9425

1     **Reply to Objection**:

2     Declarant has personal knowledge of the facts asserted.

3   **2.**     **Evidence**:

4     Page 2, paragraph 6, lines 14-25.

5     **Defendant's Objection**:

6     Irrelevant, lacks foundation, hearsay.

7     **Reply to Objection**:

8     Declarant has personal knowledge of the facts asserted.

9                                     Respectfully submitted,

10 DATED: July 22, 2008             **SAMPSON & ASSOCIATES**

11                             By:   /s/ Bryan D. Sampson
                                    Attorneys for Plaintiff/Judgment Creditor

12                                   E-Mail: bsampson@sampsonlaw.net

**SAMPSON & ASSOCIATES**
**ATTORNEYS AT LAW**
2139 FIRST AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619)557-9420 - FACSIMILE (619)557-9425

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. 08-MC-00088
REPLY TO OBJECTIONS IN OPPOSITION TO MOTION TO VACATE JUDGMENT
S:\Company Files\Clients - Open\ARC\McCord Renda-Kremer\Pleading\Federal\Opp.Vacate\Reply.Obj.wpd