**SAMPSON & ASSOCIATES**
Bryan D. Sampson, Esq. (#143143)
Mary L. Fickel, Esq. (#221872)
2139 First Avenue
San Diego, California 92101
Tel. (619) 557-9420 / Fax (619) 557-9425
bsampson@sampsonlaw.net

Attorneys for Judgment Creditor
AIRLINES REPORTING CORPORATION

SAMPSON & ASSOCIATES
ATTORNEYS AT LAW
2139 FIRST AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619)557-9420 • FACSIMILE (619)557-9425

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRLINES REPORTING CORPORATION, | Case No. 08-MC-00088 |
| Plaintiff/Judgment Creditor, | **PROOF OF SERVICE** |
| v. | |
| COMMERCIAL TRAVEL CORPORATION d/b/a MATLOCK TRAVEL, et al., | Date:  July 25, 2008<br>Time:  10:00 a.m.<br>Ctrm:  1, 4th Floor |
| Defendants/Judgment Debtors. | Judge: Hon. Irma E. Gonzalez |

## DECLARATION OF SERVICE

I, Natasha Yeakey, declare:

I am a citizen of the United States and I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. I am an employee of Sampson & Associates and my business address is 2139 First Avenue, San Diego, California, 92101.

I further declare that I am readily familiar with the business practices of Sampson & Associates for service of documents, which documents served by facsimile are transmitted in and the original deposited with the United States Postal Service in our ordinary course of business on the same day, the documents served by mail are deposited with the United States Postal Service in the ordinary course of business the same day and that documents served personally, are delivered the same day.

/ / /

/ / /

1

1    On July 22, 2008, I served the following document(s):

2    •    **REPLY TO OBJECTIONS TO DECLARATIONS OF SUZANNE LEWIS AND
      DEBORAH ERICKSON IN OPPOSITION TO MOTION TO VACATE
3     JUDGMENT.**

4    on the following:

5
      John J. Freni, Esq.
6     One America Plaza
      600 W. Broadway, Ste. 400
7     San Diego, CA 92101
      john@freni-law.com
8     *Attorney for Defendant Mario Renda*

9        in the following manner of service (check appropriate):

10    __X__  **By Electronic Filing**   Pursuant to General Order No. 550, such document(s) were submitted
                                        via the Court's electronic filing system to the offices of the addressees
11                                      where indicated.

12       I declare under penalty of perjury under the laws of the United States of America and the State

13   of California, that the foregoing is true and correct.  Executed on July 22, 2008, at San Diego,

14   California.

15

16                                                    Natasha Yeakey

17

18

19

20

21

22

23

24

25

26

27

28

SAMPSON & ASSOCIATES
ATTORNEYS AT LAW
2139 FIRST AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619)557-9420 – FACSIMILE (619)557-9425

Case No. 08-MC-00088
PROOF OF SERVICE