1  JOHN J. FRENI, ESQ. (Bar No. 132912)
   A Professional Law Corporation
2  600 West Broadway, Suite 400
   San Diego, CA 92101
3  (619) 557-9128; (619) 515-1197

4  Attorneys for Defendant, MARIO RENDA

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| AIRLINES REPORTING CORPORATION, | CASE NO. 08-MC-00088 |
|---|---|
| Plaintiff/Judgment Creditor, | DEFENDANT MARIO RENDA'S NOTICE OF MOTION AND MOTION FOR ATTORNEY'S FEES AND COSTS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 54 (d)(2)(A) |
| v. | |
| COMMERCIAL TRAVEL CORPORATION d/b/a MATLOCK TRAVEL, *et al.*, | Date: September 22, 2008<br>Time: 3:30 p.m.<br>Ctrm: 1, 4th Floor<br>Judge: Hon. Irma E. Gonzalez |
| Defendants/Judgment Debtors. | |
|  | Judgment: September 4, 2007 |

TO: PLAINTIFF AIRLINES REPORTING CORPORATION ("ARC") AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 22, 2008, at 3:30 p..m., in Department 1 of the above-entitled court, Defendant MARIO RENDA will move the Court for an order awarding him the attorney's fees and costs he has incurred in these proceedings.

Mr. RENDA brings this motion under Federal Rules of Civil Procedure, Rule 54 (d)(2)(A) on the grounds that the Agent Reporting Agreement ("ARA") upon which Plaintiff AIRLINES REPORTING CORPORATION ("ARC") sued Mr. RENDA contains a provision that allows for the recovery of attorney's fees and costs when proceedings are "adjudicated or otherwise resolved" in favor of the Agent. The ARA is governed by Virginia law, which allows parties to shift the responsibility for attorney's fees to the losing party in disputes

1  involving the contract. *W. Square, L.L.C., v. Communications Techs, Inc.*, 274 VA 425, 433
2  (2007).
3      This Court granted Mr. RENDA's motion to vacate ARC's default judgment on
4  August 1, 2008. Pursuant to the ARA, Mr. RENDA is entitled to recover his attorney's fees
5  and costs. Accordingly, Mr. RENDA respectfully requests attorney's fees of $32,402.50 and
6  costs of $752.80.
7      Mr. RENDA's motion will be based on this notice of motion and motion, the
8  supporting memorandum of points and authorities, declaration of John J. Freni and notice of
9  lodgment, and on any additional evidence or arguments presented by counsel during the
10 hearing on the motion.
11
12 Dated: August 15, 2008        JOHN J. FRENI, ESQ.
                                                A Professional Law Corporation
13
14                                              By: **s/ JOHN J. FRENI, ESQ.**
                                                    Attorneys for Defendant, MARIO RENDA
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2