1  JOHN J. FRENI, ESQ. (Bar No. 132912)
   A Professional Law Corporation
2  600 West Broadway, Suite 400
   San Diego, CA 92101
3  (619) 557-9128; (619) 515-1197

4  Attorneys for Defendant, MARIO RENDA

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRLINES REPORTING CORPORATION,<br><br>Plaintiff/Judgment Creditor,<br><br>v.<br><br>COMMERCIAL TRAVEL<br>CORPORATION d/b/a MATLOCK<br>TRAVEL, *et al.*,<br><br>Defendants/Judgment Debtors. | CASE NO. 08-MC-00088<br><br>DEFENDANT MARIO RENDA'S NOTICE OF LODGMENT IN SUPPORT OF MOTION FOR ATTORNEY'S FEES AND COSTS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 54 (d)(2)(A)<br><br>Date:      September 22, 2008<br>Time:      3:30 p.m.<br>Ctrm:      1, 4th Floor<br>Judge:    Hon. Irma E. Gonzalez<br><br>Judgment: September 4, 2007 |

Defendant MARIO RENDA respectfully lodges true and correct copies of the following documents in support of his motion for attorney's fees and costs pursuant to Federal Rules of Civil Procedure, Rule 54 (d)(2)(A):

**EXHIBIT 1:**   Summary chart, Invoices (Nos. 1208 and 1221), and Work-in-Progress Report as of August 15, 2008, and Unbilled Costs Report as of August 15, 2008.

**EXHIBIT 2:**   Relevant excerpts from the Agent Reporting Agreement between Airlines Reporting Corporation and Commercial Travel Corporation dba Matlock Travel (first page, attorney's fees and costs provision, choice of law provision).

1

# DECLARATION AS TO AUTHENTICITY

I, John J. Freni, declare:

All of the documents lodged with this Notice of Lodgment are true and correct copies of the originals.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Dated: August 15, 2008                  JOHN J. FRENI, ESQ.
                                        A Professional Law Corporation


                                        By: s/ **JOHN J. FRENI, ESQ.**
                                            Attorneys for Defendant, MARIO RENDA

**DEFENDANT MARIO RENDA'S NOTICE OF LODGMENT**

**IN SUPPORT OF MOTION FOR ATTORNEY'S FEES AND COSTS**

**EXHIBITS 1 -**

| | | |
|---|---|---|
| **EXHIBIT 1** | Summary chart, Invoices (Nos. 1208 and 1221), and Work-in-Progress Report as of August 15, 2008, and Unbilled Costs Report as of August 15, 2008. | **Pages 1-10** |
| **EXHIBIT 2** | Relevant excerpts from the Agent Reporting Agreement between Airlines Reporting Corporation and Commercial Travel Corporation dba Matlock Travel (first page, attorney's fees and costs provision, choice of law provision). | **Pages 11-13** |

## SUMMARY OF FEES AND COSTS BILLED TO MARIO RENDA

### *Renda adv. ARC (Commercial Travel)*

| Date | Invoice No. | Fees | Costs | Total |
|---|---|---|---|---|
| 06/15/08 | 1208 | 130.00 | -0- | 130.00 |
| 07/15/08 | 1221 | 21,807.50 | 35.11 | 21,842.61 |
| 08/15/08 | WIP/UBC | 10,465.00 | 717.69 | 11,182.69 |
| TOTALS | | $32,402.50 | $752.80 | $33,155.30 |

**Exhibit 1**
**Page - 1**

One America Plaza
600 West Broadway, Suite 400
San Diego, California 92101

**JOHN J. FRENI, Esq.**
A Professional Law Corporation

tel 619.557.9128
fax 619.515.1197
john@freni-law.com

# Invoice

**Bill To**

Mario Renda
5212 Chelsea Street
La Jolla, CA 92037

| Date | Invoice # | | Terms | Client # | Matter # |
|---|---|---|---|---|---|
| 6/15/2008 | 1208 | | Due on receipt | 1046-005 | 005 - ARC v. Renda (Commerci... |

| Attorney/Paralegal | Description | Qty | Rate | Serviced | Amount |
|---|---|---|---|---|---|
| John J. Freni - $325.00 Rate | Prepare email to Attorney Renda re documents necessary for motion to vacate in federal court | 0.2 | 325.00 | 6/5/2008 | 65.00 |
| John J. Freni - $325.00 Rate | Prepare email to Attorney Renda re State Court motion papers to use as forms for motion in federal court | 0.2 | 325.00 | 6/5/2008 | 65.00 |

**For Your Convenience**
**We Now Accept Visa and Mastercard**

| | |
|---|---|
| Total | $130.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | $130.00 |

Exhibit 1
Page - 2

One America Plaza
600 West Broadway, Suite 400
San Diego, California 92101

# JOHN J. FRENI, Esq.
A Professional Law Corporation

tel 619.557.9128
fax 619.515.1197
john@freni-law.com

# Invoice

**Bill To**

Mario Renda
5212 Chelsea Street
La Jolla, CA 92037

| Date | Invoice # | | Terms | Client # | Matter # |
|---|---|---|---|---|---|
| 7/15/2008 | 1221 | | Due on receipt | 1046-005 | 005 - ARC v. Renda (Commerci... |

| Attorney/Paralegal | Description | Qty | Rate | Serviced | Amount |
|---|---|---|---|---|---|
| John J. Freni - $325.00 Rate | Telephone conference with Ms. Cooperal re request for stay, potential stipulation and ex parte motion procedure | 0.3 | 325.00 | 6/17/2008 | 97.50 |
| John J. Freni - $325.00 Rate | Prepare letter to Attorney Sampson re request for stipulation re stay of enforcement | 0.2 | 325.00 | 6/19/2008 | 65.00 |
| John J. Freni - $325.00 Rate | Revise and finalize letter to Attorney Sampson re request for stipulation re stay of enforcement | 0.1 | 325.00 | 6/20/2008 | 32.50 |
| John J. Freni - $325.00 Rate | Review and analyze facsimile from Attorney Sampson re ARC refusal to agree to stay of enforcement | 0.1 | 325.00 | 6/23/2008 | 32.50 |
| John J. Freni - $325.00 Rate | Initial review and revisions to draft P's & A's re motion to vacate | 3 | 325.00 | 6/23/2008 | 975.00 |
| John J. Freni - $325.00 Rate | Prepare ex parte motion for stay, pursuant to FRCP, Rule 62(b)(4) | 1.8 | 325.00 | 6/24/2008 | 585.00 |
| John J. Freni - $325.00 Rate | Prepare declaration of John J. Freni in support of ex parte motion for stay | 1.2 | 325.00 | 6/24/2008 | 390.00 |
| John J. Freni - $325.00 Rate | Telephone conference with Ms. Cooperal re ARC's refusal to stipulate and preparation of ex parte motion and hearing date for motion to vacate | 0.2 | 325.00 | 6/24/2008 | 65.00 |
| John J. Freni - $325.00 Rate | Further preparation of P's & A's re motion to vacate | 3.7 | 325.00 | 6/24/2008 | 1,202.50 |
| John J. Freni - $325.00 Rate | Prepare proposed order re ex parte motion for stay | 0.2 | 325.00 | 6/24/2008 | 65.00 |
| John J. Freni - $325.00 Rate | Revise and finalize ex parte motion for stay, pursuant to FRCP, Rule 62(b)(4) | 0.7 | 325.00 | 6/25/2008 | 227.50 |

**For Your Convenience
We Now Accept Visa and Mastercard**

| Total |
|---|
| |
| **Payments/Credits** |
| |
| **Balance Due** |

Page 1

Exhibit 1
Page - 3

One America Plaza  
600 West Broadway, Suite 400  
San Diego, California 92101

# JOHN J. FRENI, Esq.
## A Professional Law Corporation

tel 619.557.9128  
fax 619.515.1197  
john@freni-law.com

# Invoice

**Bill To**

Mario Renda  
5212 Chelsea Street  
La Jolla, CA 92037

| Date | Invoice # | | Terms | Client # | Matter # |
|---|---|---|---|---|---|
| 7/15/2008 | 1221 | | Due on receipt | 1046-005 | 005 - ARC v. Renda (Commerci... |

| Attorney/Paralegal | Description | Qty | Rate | Serviced | Amount |
|---|---|---|---|---|---|
| John J. Freni - $325.00 Rate | Revise and finalize Freni Declaration in support of ex parte motion for stay | 0.5 | 325.00 | 6/25/2008 | 162.50 |
| John J. Freni - $325.00 Rate | Revise and finalize proposed order re ex parte motion for stay | 0.1 | 325.00 | 6/25/2008 | 32.50 |
| John J. Freni - $325.00 Rate | Further preparation of P's & A's re motion to vacate | 4 | 325.00 | 6/25/2008 | 1,300.00 |
| John J. Freni - $325.00 Rate | Research and analysis on abuse of process cause of action for letter to Attorney Sampson re demand that ARC voluntarily vacate default judgment | 2 | 325.00 | 6/26/2008 | 650.00 |
| John J. Freni - $325.00 Rate | Review and analyze Court's Order re Ex Parte Motion for Stay | 0.2 | 325.00 | 6/26/2008 | 65.00 |
| John J. Freni - $325.00 Rate | Telephone conferences (2) with Ms. Cooperal re proposed reply in support of request for stay | 0.2 | 325.00 | 6/26/2008 | 65.00 |
| John J. Freni - $325.00 Rate | Review and analyze ARC Opposition to Ex Parte Motion for Stay | 0.5 | 325.00 | 6/26/2008 | 162.50 |
| John J. Freni - $325.00 Rate | Prepare letter to Attorney Sampson re demand for ARC to voluntarily vacate default judgment for lack of personal jurisdiction | 1.5 | 325.00 | 6/27/2008 | 487.50 |
| John J. Freni - $325.00 Rate | Telephone call to Ms. Cooperal re revision to briefing schedule for Motion to Vacate given the Court's order re stay | 0.1 | 325.00 | 6/27/2008 | 32.50 |
| John J. Freni - $325.00 Rate | Telephone call to Attorney Sampson re proposed revised briefing schedule | 0.1 | 325.00 | 6/27/2008 | 32.50 |
| John J. Freni - $325.00 Rate | Review and analyze email from Attorney Sampson re proposed revised briefing schedule for motion to vacate | 0.1 | 325.00 | 6/27/2008 | 32.50 |

**For Your Convenience**  
**We Now Accept Visa and Mastercard**

| Total | |
|---|---|
| Payments/Credits | |
| **Balance Due** | |

# JOHN J. FRENI, Esq.
## A Professional Law Corporation

One America Plaza
600 West Broadway, Suite 400
San Diego, California 92101

tel 619.557.9128
fax 619.515.1197
john@freni-law.com

# Invoice

**Bill To**

Mario Renda
5212 Chelsea Street
La Jolla, CA 92037

| Date | Invoice # | | Terms | Client # | Matter # |
|---|---|---|---|---|---|
| 7/15/2008 | 1221 | | Due on receipt | 1046-005 | 005 - ARC v. Renda (Commerci... |

| Attorney/Paralegal | Description | Qty | Rate | Serviced | Amount |
|---|---|---|---|---|---|
| John J. Freni - $325.00 Rate | Telephone conference with Ms. Cooperal re Attorney Sampson's agreement to revised briefing schedule | 0.1 | 325.00 | 6/27/2008 | 32.50 |
| John J. Freni - $325.00 Rate | Prepare declaration of Anthony Renda in support of motion to vacate | 0.5 | 325.00 | 6/27/2008 | 162.50 |
| John J. Freni - $325.00 Rate | Prepare declaration of Mario Renda in support of motion to vacate | 0.8 | 325.00 | 6/27/2008 | 260.00 |
| John J. Freni - $325.00 Rate | Further research and analysis for motion to vacate | 3 | 325.00 | 6/27/2008 | 975.00 |
| John J. Freni - $325.00 Rate | Prepare email to Attorney Sampson re Order re briefing schedule and letter re demand for withdrawal of void default judgment | 0.2 | 325.00 | 6/27/2008 | 65.00 |
| John J. Freni - $325.00 Rate | Revisions and additions to motion to vacate | 4 | 325.00 | 6/29/2008 | 1,300.00 |
| John J. Freni - $325.00 Rate | Prepare declaration of John J. Freni in support of Motion to Vacate | 0.5 | 325.00 | 6/30/2008 | 162.50 |
| John J. Freni - $325.00 Rate | Review and analyze Order re Briefing Schedule for Motion to Vacate | 0.1 | 325.00 | 6/30/2008 | 32.50 |
| John J. Freni - $325.00 Rate | Revise and finalize Points and Authorities in support of motion to vacate | 6 | 325.00 | 6/30/2008 | 1,950.00 |
| John J. Freni - $325.00 Rate | Revise and finalize Notice of Motion and Motion to Vacate | 0.5 | 325.00 | 6/30/2008 | 162.50 |
| John J. Freni - $325.00 Rate | Revise and finalize Notice of Lodgment in Support of Motion to Vacate | 0.5 | 325.00 | 6/30/2008 | 162.50 |
| John J. Freni - $325.00 Rate | Prepare email to Mr. Renda re declaration in support of motion to vacate | 0.1 | 325.00 | 6/30/2008 | 32.50 |
| John J. Freni - $325.00 Rate | Conference with Attorney Renda re preparation of opposition to motion for assignment order | 0.2 | 325.00 | 7/1/2008 | 65.00 |

**For Your Convenience**
**We Now Accept Visa and Mastercard**

| Total | |
|---|---|
| Payments/Credits | |
| **Balance Due** | |

Page 3

Exhibit 1
Page - 5

**JOHN J. FRENI, Esq.**
A Professional Law Corporation

One America Plaza
600 West Broadway, Suite 400
San Diego, California 92101

tel 619.557.9128
fax 619.515.1197
john@freni-law.com

# Invoice

**Bill To**

Mario Renda
5212 Chelsea Street
La Jolla, CA 92037

| Date | Invoice # | | Terms | Client # | Matter # |
|---|---|---|---|---|---|
| 7/15/2008 | 1221 | | Due on receipt | 1046-005 | 005 - ARC v. Renda (Commerci... |

| Attorney/Paralegal | Description | Qty | Rate | Serviced | Amount |
|---|---|---|---|---|---|
| John J. Freni - $325.00 Rate | Telephone conference with Mr. Renda re case status and strategy re Opposition to Motion for Assignment Order | 0.5 | 325.00 | 7/8/2008 | 162.50 |
| John J. Freni - $325.00 Rate | Conference with Attorney Renda re obtaining information re funds held by N.Y. Attorneys | 0.1 | 325.00 | 7/8/2008 | 32.50 |
| John J. Freni - $325.00 Rate | Research and analysis for Opposition to Motion for Assignment Order | 3 | 325.00 | 7/8/2008 | 975.00 |
| John J. Freni - $325.00 Rate | Prepare Ps & As in support of opposition to motion for assignment order | 2 | 325.00 | 7/9/2008 | 650.00 |
| John J. Freni - $325.00 Rate | Prepare declaration of Anthony Renda in support of opposition to motion for assignment order | 1 | 325.00 | 7/10/2008 | 325.00 |
| John J. Freni - $325.00 Rate | Further preparation of P's & A's in support of opposition to motion for assignment order | 4 | 325.00 | 7/10/2008 | 1,300.00 |
| John J. Freni - $325.00 Rate | Prepare declaration of Mario Renda in Opposition to Motion for Assignment Order | 0.3 | 325.00 | 7/10/2008 | 97.50 |
| John J. Freni - $325.00 Rate | Prepare email to Anthony Renda re declaration in support of opposition to motion for assignment order | 0.1 | 325.00 | 7/10/2008 | 32.50 |
| John J. Freni - $325.00 Rate | Prepare email to Mr. Renda re declaration in support of opposition to motion for assignment | 0.1 | 325.00 | 7/10/2008 | 32.50 |
| John J. Freni - $325.00 Rate | Research and analysis re applicable Virginia Statutes of Limitation | 2 | 325.00 | 7/10/2008 | 650.00 |
| John J. Freni - $325.00 Rate | Revise and finalize points and authorities in opposition to motion for assignment order | 4.5 | 325.00 | 7/11/2008 | 1,462.50 |

**For Your Convenience
We Now Accept Visa and Mastercard**

| Total | |
|---|---|
| **Payments/Credits** | |
| **Balance Due** | |

Page 4

Exhibit 1
Page - 6

**JOHN J. FRENI, Esq.**
A Professional Law Corporation

One America Plaza
600 West Broadway, Suite 400
San Diego, California 92101

tel 619.557.9128
fax 619.515.1197
john@freni-law.com

# Invoice

**Bill To**

Mario Renda
5212 Chelsea Street
La Jolla, CA 92037

| Date | Invoice # | | Terms | Client # | Matter # |
|---|---|---|---|---|---|
| 7/15/2008 | 1221 | | Due on receipt | 1046-005 | 005 - ARC v. Renda (Commerci... |

| Attorney/Paralegal | Description | Qty | Rate | Serviced | Amount |
|---|---|---|---|---|---|
| John J. Freni - $325.00 Rate | Prepare declaration of John J. Freni in support of opposition to motion for assignment order | 1.7 | 325.00 | 7/11/2008 | 552.50 |
| John J. Freni - $325.00 Rate | Prepare objections to declarations of Lewis, Sampson and Exhibits lodged in support of motion for assignment order | 1.5 | 325.00 | 7/11/2008 | 487.50 |
| John J. Freni - $325.00 Rate | Organize Exhibits for and Prepare Notice of Lodgment in Support of Opposition to Motion for Assignment Order | 1 | 325.00 | 7/11/2008 | 325.00 |
| John J. Freni - $325.00 Rate | Initial review and analysis of declarations in support of ARC opposition to motion to vacate | 0.8 | 325.00 | 7/14/2008 | 260.00 |
| John J. Freni - $325.00 Rate | Telephone conference with Mr. Renda re new documents submitted by ARC with Declaration of Attorney Lewis | 0.5 | 325.00 | 7/14/2008 | 162.50 |
| John J. Freni - $325.00 Rate | Initial analysis of ARC points and authorities in opposition to motion to vacate; outline issues for reply | 1.5 | 325.00 | 7/14/2008 | 487.50 |
| John J. Freni - $325.00 Rate | Prepare objections to declaration of Attorney Lewis | 0.7 | 325.00 | 7/14/2008 | 227.50 |
| John Freni N/C | Prepare email to Mr. Renda re Lewis Declaration in Opposition to Motion to Vacate | 0.1 | 0.00 | 7/14/2008 | 0.00 |
| John Freni N/C | Telephone conference with Judge Gonzalez' law clerk re providing courtesy copies of reply papers | 0.1 | 0.00 | 7/14/2008 | 0.00 |

**For Your Convenience
We Now Accept Visa and Mastercard**

| Total | |
|---|---|
| Payments/Credits | |
| **Balance Due** | |

One America Plaza
600 West Broadway, Suite 400
San Diego, California 92101

# JOHN J. FRENI, Esq.
## A Professional Law Corporation

# Invoice

tel 619.557.9128
fax 619.515.1197
john@freni-law.com

**Bill To**

Mario Renda
5212 Chelsea Street
La Jolla, CA 92037

| Date | Invoice # | | Terms | Client # | Matter # |
|---|---|---|---|---|---|
| 7/15/2008 | 1221 | | Due on receipt | 1046-005 | 005 - ARC v. Renda (Commerci... |

| Attorney/Paralegal | Description | Qty | Rate | Serviced | Amount |
|---|---|---|---|---|---|
| John J. Freni - $325.00 Rate | Research and analysis for Reply Brief re burden of proof on Rule 60(b) motion, Virginia law re personal jurisdiction issues, final judgment issues, jurisdiction over corporate director, and new cases cited by ARC | 4.5 | 325.00 | 7/15/2008 | 1,462.50 |
| Reimb Group | Photocopies for June 2008 | | 8.85 | 7/1/2008 | 8.85 |
| | Facsimiles for June 2008 | | 0.70 | 7/1/2008 | 0.70 |
| | Obtain Virginia Court Documents Online | | 10.52 | 7/7/2008 | 10.52 |
| | Postage for the period 06/14/08 - 07/13/08 | | 5.04 | 7/13/2008 | 5.04 |
| | Delivery of Motion Papers to Judge's Chambers | | 10.00 | 7/14/2008 | 10.00 |
| | Total Reimbursable Expenses | | | | 35.11 |

**For Your Convenience
We Now Accept Visa and Mastercard**

| | |
|---|---|
| **Total** | $21,842.61 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $21,842.61 |

Page 6

Exhibit 1
Page - 8

Renda, Mario - 1046:005 - ARC v. Renda (Commercial Travel)
Unbilled 07/16/08 to 08/15/08

| Date | Name | Rate | Duration | Fees | Notes |
|---|---|---|---|---|---|
| **John J. Freni - $325.00 Rate** | | | | | |
| 07/16/2008 | John Freni Attorney | $325.00 | 3.50 | $1,137.50 | Further research and analysis re cases cited by ARC, Virginia SOLs, and final judgment issues |
| 07/17/2008 | John Freni Attorney | $325.00 | 0.20 | $65.00 | Prepare three emails to Anthony Renda re exhibits in support of ARC Opposition |
| 07/17/2008 | John Freni Attorney | $325.00 | 1.50 | $487.50 | Prepare declaration of Anthony Renda in support of reply re motion to vacate |
| 07/17/2008 | John Freni Attorney | $325.00 | 0.20 | $65.00 | Prepare declaration of Mario Renda in support of reply re motion to vacate |
| 07/17/2008 | John Freni Attorney | $325.00 | 0.10 | $32.50 | Prepare email to Anthony Renda re draft declaration |
| 07/17/2008 | John Freni Attorney | $325.00 | 0.10 | $32.50 | Prepare email to Mr. Mario Renda re draft declaration |
| 07/17/2008 | John Freni Attorney | $325.00 | 0.20 | $65.00 | Telephone conference with Mr. Renda re declarations |
| 07/18/2008 | John Freni Attorney | $325.00 | 0.20 | $65.00 | Revise and finalize declaration of Anthony Renda |
| 07/18/2008 | John Freni Attorney | $325.00 | 0.10 | $32.50 | Prepare email to Anthony Renda re final draft of declaration |
| 07/18/2008 | John Freni Attorney | $325.00 | 1.50 | $487.50 | Review and analyze ARC reply re motion for assignment order and declaration of Att. Lewis |
| 07/20/2008 | John Freni Attorney | $325.00 | 6.00 | $1,950.00 | Prepare reply in support of motion to vacate |
| 07/21/2008 | John Freni Attorney | $325.00 | 8.00 | $2,600.00 | Revisions, additions and finalization of reply in support of motion to vacate default judgment |
| 07/21/2008 | John Freni Attorney | $325.00 | 1.00 | $325.00 | Revise and finalize objections to Lewis and Erickson declarations |
| 07/21/2008 | John Freni Attorney | $325.00 | 1.20 | $390.00 | Prepare objections to Lewis declaration in support of motion for assignment order |
| 07/22/2008 | John Freni Attorney | $325.00 | 0.30 | $97.50 | Analyze ARC's responses to Objections to Lewis and Erickson declarations |
| 07/23/2008 | John Freni Attorney | $325.00 | 0.10 | $32.50 | Tel. conf. w/ law clerk, Ms. Cooperal, re motions under submission without oral argument |
| 08/04/2008 | John Freni Attorney | $325.00 | 0.40 | $130.00 | Review and analyze Order Granting Motion to Vacate |
| 08/04/2008 | John Freni Attorney | $325.00 | 0.20 | $65.00 | Telephone conference with Mr. Renda re Order Granting Motion to Vacate and related issues |
| 08/14/2008 | John Freni Attorney | $325.00 | 0.20 | $65.00 | Telephone conference with Mr. Renda re motion for attorney's fees and costs |
| 08/14/2008 | John Freni Attorney | $325.00 | 0.30 | $97.50 | Prepare notice of motion and motion for attorney's fees |
| 08/14/2008 | John Freni Attorney | $325.00 | 0.40 | $130.00 | Prepare declaration of John J. Freni in support of motion for attorney's fees and costs |
| 08/14/2008 | John Freni Attorney | $325.00 | 3.00 | $975.00 | Prepare points and authorities in support of motion for attorney's fees and costs |
| 08/15/2008 | John Freni Attorney | $325.00 | 1.20 | $390.00 | Revise and finalize P's & A's re Att. Fees & Costs Motion |
| 08/15/2008 | John Freni Attorney | $325.00 | 0.40 | $130.00 | Organize Exhibits for Notice of Lodgment re Att. Fees Motion |
| 08/15/2008 | John Freni Attorney | $325.00 | 0.20 | $65.00 | Revise and finalize Notice of Lodgment |
| 08/15/2008 | John Freni Attorney | $325.00 | 0.40 | $130.00 | Revise and finalize Notice of Motion and Motion for Att. Fees & Costs |
| 08/15/2008 | John Freni Attorney | $325.00 | 1.30 | $422.50 | Revise and finalize Declaration of John J. Freni re Att. Fees Motion |
| **Total John J. Freni - $325.00 Rate** | | | 32.20 | $10,465.00 | |

32.20 Total Renda, Mario - 1046:005 - ARC v. Renda (Commercial Travel)

Exhibit 1
Page - 9

11:09 AM
08/15/08
Accrual Basis

# John J. Freni, Esquire
## Unbilled Costs - Renda 1046-005
### As of 08/15/08

| Type | Date | Source Name | Memo | Amount |
|---|---|---|---|---|
| **Renda, Mario - 1046** | | | | |
| **005 - ARC v. Renda (Commercial Travel)** | | | | |
| Bill | 7/21/2008 | Knox Attorney Service, Inc. | Obtain Certified Copy of First Mutual Quitclaim Deed | 69.50 |
| Bill | 7/23/2008 | Knox Attorney Service, Inc. | File Copy of Reply with Judge Gonzalez | 10.00 |
| Bill | 7/31/2008 | LexisNexis | Online Research re Virginia Law | 631.00 |
| Bill | 8/6/2008 | Simpson Delmore Greene LLP | Photocopies for July 2008 | 1.80 |
| Credit... | 8/14/2008 | U.S. POST OFFICE | Postage for 07/14/08 - 08/13/08 | 5.39 |
| **Total 005 - ARC v. Renda (Commercial Travel)** | | | | **717.69** |
| **Total Renda, Mario - 1046** | | | | **717.69** |
| **TOTAL** | | | | **717.69** |

Page 1

**Exhibit 1**
**Page - 10**

# Agent Reporting Agreement

This agreement by and between Airlines Reporting Corporation (hereinafter "ARC"), 1530 Wilson Boulevard, Suite 800, Arlington, VA 22209-2448, on its own behalf and on behalf of the carriers which have or hereafter execute the ARC Carrier Services Agreement (hereinafter "carrier" or "carriers") and which appoint the Agent under this agreement,

and

the person who executes the memorandum of agreement, or otherwise concurs in the adoption of this agreement, as described in section XXV hereof, agreeing to be bound to the terms and conditions of this agreement (hereinafter called "the Agent"),

## WITNESSETH:

WHEREAS, ARC maintains an agency list containing the names of persons who have been found to meet certain minimum requirements and qualifications, and are eligible to issue ARC traffic documents and to sell air transportation or provide for ancillary services on carriers which appoint them;

WHEREAS, carriers which are parties to the ARC Carrier Services Agreement may appoint and provide their airline-identification plates to such persons for the sale of air transportation and the issuance of ARC traffic documents on their behalf;

WHEREAS, ARC administers and operates the agents' standard ticket and area settlement plan (hereinafter "ASP" or "the Plan") through which persons included on the ARC agency list report ARC traffic documents for the sale of air transportation and ancillary services on behalf of the carriers, and make settlement therefore;

WHEREAS, the Agent engages in the sale of air transportation to the public as agent for and on behalf of the carriers and, upon application duly submitted, the agent has been found qualified for inclusion on the ARC agency list;

WHEREAS, the Agent will utilize the plan to report ARC traffic documents issued for the sales of air transportation and ancillary services on behalf of the carriers appointing such Agent, and make settlement therefore;

NOW, THEREFORE, in consideration of these premises and the mutual covenants and agreements hereinafter set forth, it is mutually agreed as follows:

## Section I: Purpose and Scope

A. The purpose of this agreement is to facilitate the issuance of ARC traffic documents to the public by agents of carriers in a competitive and efficient manner.

B. This agreement establishes a principal-agent relationship between the Agent and appointing carriers, and governs the terms and conditions under which the Agent is authorized to issue ARC traffic documents at or through its authorized agency locations in the United States, and does not extend to the terms and conditions under which the Agent is authorized to issue tickets and other forms that the carrier may provide to the Agent.

C. This agreement does not constitute the entire agreement between the Agent and a carrier, but is specifically limited to the terms and conditions contained herein.

D. Certain sections of this agreement are labeled so as to distinguish between those provisions which apply only to authorized locations which submit their sales reports via Interactive Sales Reporting (ISR locations) and those provisions which apply only to authorized locations which submit their sales reports via paper reports (non-ISR locations). In such sections, those provisions preceded directly by the heading "ISR Locations" shall apply only to ISR locations, and those preceded directly by the heading "Postal Locations" shall apply only to non-ISR locations. All other provisions of this agreement, where this distinction is not drawn, shall apply equally to both ISR and non-ISR locations. Because a single "Agent" may have both ISR and non-ISR locations, in such a case both sets of provisions shall apply to the same Agent, the "Postal Location" provisions setting forth the Agent's requirements regarding its non-ISR locations, and the "ISR Location" provisions determining the Agent's obligations for its ISR locations.

## Section II: Definitions

For the purpose of this agreement

AGENCY LIST and LIST mean the agency list maintained by ARC, which includes the name, address and agency code number for each authorized agency location which has been found qualified under ARC standards, and contains the classification under which the location was included.

AGREEMENT means the ARC Agent Reporting Agreement.

AGENT IDENTIFICATION PLATE means a plate bearing the Agent's name, city, state, and code number, which is used in a validator machine for the validation of ARC traffic documents (paper format).

AIRLINE IDENTIFICATION PLATE means a plate bearing the carrier's name or authorized abbreviation, and code number, and is used in a validator machine for the validation of ARC traffic documents (paper format).

ARBITER means the Travel Agent Arbiter established by ARC as an independent entity (including all Associate Travel Agent Arbiters) to decide disputes between ARC and agents and applicants.

Page 1

Exhibit 2
Page - 11

The Agent may appeal ARC's determination that it is subject to this section to the Travel Agent Arbiter. During the pendency of the appeal, which shall be given expedited consideration, this section will continue to apply to the Agent unless or until removed by the Travel Agent Arbiter or the Agent's compliance with section IX.D.1.

## Section X: Refund or Exchange of ARC Traffic Documents

The Agent may refund any fare or charge applicable to air transportation only if sold by the Agent hereunder and for which the Agent has issued an ARC traffic document. The Agent shall make refund only to the person authorized to receive the refund and in accordance with tariffs, rules, regulations, and instructions issued by the carrier.

The Agent, without the authority of the ticketing carrier whose ARC traffic document is to be issued, shall not:

1. Issue an ARC traffic document in exchange for any traffic document previously issued by another agent or by a carrier; or

2. Issue an ARC traffic document in exchange for a traffic document previously issued by that Agent naming another carrier as the ticketing carrier.

## Section XI: Liability and Waiver of Claim

The carrier will indemnify and hold harmless the Agent, its officers, agents and employees from all responsibility and liability for any damage, expense, or loss to any person or thing caused by or arising from any negligent act, omission or misrepresentation of the carrier, its representatives, agents, employees, or servants, relating directly or indirectly to the performance of the duties and obligations of the carrier under this agreement.

The Agent will indemnify and hold harmless the carrier, its officers, agents, and employees from all responsibility and liability for any damage, expense, or loss to any person or thing caused by or arising from any negligent act, omission, or misrepresentation of the Agent, its representatives, agents, employees, or servants relating directly or indirectly to the performance of the duties and obligations of the Agent under this agreement.

Unless the Agent is relieved of liability pursuant to this section, the proceeds of the Agent's bond or letter of credit will be applied to, and the Agent will indemnify and hold harmless the carrier, its officers, agents and employees, from any and all damage, expense, or loss, on account of the loss, misapplication, theft, forgery or unlawful use of ARC traffic documents, ARC-issued numbers or other supplies furnished by or on behalf of the carrier to the Agent. The Agent shall be relieved of liability for losses arising from the proven theft or unlawful use, except by the Agent or the Agent's employees, of ARC traffic documents, ARC-issued numbers or identification plates from the agency premises upon a determination by ARC that the Agent, at the time of theft or unlawful use, exercised reasonable care for the protection of such ARC traffic documents, ARC-issued numbers or airline identification plates, and has, upon discovery, immediately reported the theft or unlawful use to the appropriate law enforcement authorities and has promptly notified ARC of the particulars of such theft or unlawful use both by telephone and telegram.

Reasonable care, as used herein, shall include but not be limited to compliance with the safeguards set forth in attachment B to this agreement. In making the determination specified herein, ARC may rely on the findings of the ARC Field Investigations and Fraud Prevention office or cooperating security officers of carriers. However, if ARC has filed a complaint with the Arbiter alleging the Agent failed to comply with the safeguards set forth in attachment B of this agreement, ARC shall rely on the finding of the Arbiter in determining whether or not reasonable care was exercised by the Agent. If ARC determines that the Agent did not exercise reasonable care, ARC shall inform the Agent of the specific details and exact manner in which the Agent failed to exercise reasonable care. The Agent may appeal ARC's determination to the Arbiter pursuant to section XXIII.

D. The Agent hereby expressly waives any and all claims, causes of action, or rights to recovery based upon libel, slander, or defamation of character by reason of publication of asserted grounds or reasons for removal from the agency list or such other action which may have been prescribed, or of alleged violations or other charges for which review of the Agent's eligibility is requested, as is reasonably related to the performance of appropriate functions specified for ARC, its officers and employees, or the Director of Field Investigations and Fraud Prevention or the Arbiter in the performance of their duties under this agreement.

E. If ARC uses legal counsel to (i) enforce its right to possession of ARC traffic documents (paper format) and airline identification plates, because the Agent failed or refused to surrender them upon demand made pursuant to this agreement, and/or (ii) to otherwise obtain compliance by the Agent with the provisions of this section, the Agent shall reimburse ARC for all costs incurred by it, and for the reasonable fees of its attorneys, if its action is adjudicated or otherwise resolved in its favor. If its action is adjudicated or otherwise resolved in favor of the Agent, ARC shall reimburse the Agent for all costs incurred by it, and for the reasonable fees of its attorneys, in defending itself against ARC's action. The term "costs" as used herein shall include, but not be limited to, court costs, litigation bond premiums, private investigator fees incurred in attempting to locate traffic documents, and locksmith fees.


R and Postal Locations

Whenever this agreement is terminated pursuant to paragraph A or B above, ARC shall notify all carriers and advise them of the effective date thereof. ARC shall also notify the system providers that the issuance of ARC traffic documents, whether in paper or electronic format, is prohibited. Additionally, the Agent shall cease any and all use of its code number(s) for purposes related to the issuance of ARC traffic documents.

A carrier appointment may be terminated as between the Agent and any individual carrier at any time by notice in writing from one to the other. If a carrier which issues specific certificates of appointment under section V hereof, elects to terminate its appointment of the Agent, it shall notify the Agent of the termination of the certificate of appointment. A carrier which has deposited with ARC a concurrence for appointment of all agents may terminate its appointment of the Agent by notifying the Agent by prepaid telegram, mailgram, mail, or any government licensed delivery service which service provides a shipping receipt, air bill or documentation of delivery (e.g., an overnight delivery service such as Airborne Express, Federal Express, UPS, etc.), with a copy to ARC's Accreditation and Database Management department, such notice to be distributed by ARC to all carrier participants, that the Agent shall not represent that carrier. ARC shall also notify the system providers that the Agent's agreement with the carrier is terminated. The system providers shall inhibit the printing of ARC traffic documents validated with such carrier's identifier as well the generation of such ARC traffic documents in an electronic format. Upon receipt of notice from a carrier that the termination of the Agent's agreement has been rescinded or revoked, ARC shall so notify the carriers and the system providers.

F. Termination shall take effect immediately upon receipt of notice, or upon the date indicated therein, whichever shall be later, subject to the fulfillment by each of the parties of all obligations accrued prior to the effective date of such termination.

G. ARC shall be considered a real party in interest in any cause of action, suit, or arbitration (hereinafter collectively "action") to enforce the terms of this agreement, including any action brought by ARC, after the termination of this agreement by ARC or the Agent, to collect amounts due the carriers by the Agent.

### Section XXX: Other Agreements Superseded

This agreement shall supersede any and all prior agreements between the Agent and any carrier party to the Carrier Services Agreement concerning the issuance of ARC traffic documents for such party, including the Air Traffic Conference of America Passenger Sales Agency Agreement, except with respect to rights and liabilities thereunder existing at the date hereof.

### Section XXXI: Choice of Law

This Agreement shall be construed in accordance with, and governed by, the laws of the Commonwealth of Virginia.

ARC Form 990816