JOHN J. FRENI, ESQ. (Bar No. 132912)
A Professional Law Corporation
600 West Broadway, Suite 400
San Diego, CA 92101
(619) 557-9128; (619) 515-1197

Attorneys for Defendant/Judgment Debtor MARIO RENDA

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRLINES REPORTING CORPORATION, | CASE NO. 08-MC-00088 |
| Plaintiff/Judgment Creditor, | PROOF OF SERVICE |
| v. | |
| COMMERCIAL TRAVEL CORPORATION d/b/a MATLOCK TRAVEL, *et al.*, | Date: September 22, 2008<br>Time: 3:30 p.m.<br>Dept.: 1, 4th Floor<br>Judge: Hon. Irma E. Gonzalez |
| Defendants/Judgment Debtors. | |

I, KATHRYN NORTE, declare that:

I am over the age of 18 years and not a party to the action; I am employed in the County of San Diego, California, within which county the mailing occurred; my business address is 600 West Broadway, Suite 400, San Diego, California 92101.

On August 15, 2008, I served the following document(s):

1. DEFENDANT MARIO RENDA'S NOTICE OF MOTION AND MOTION FOR ATTORNEY'S FEES AND COSTS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 54 (D)(2)(A);

2. DEFENDANT MARIO RENDA'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ATTORNEY'S FEES AND COSTS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 54 (D)(2)(A);

3. DECLARATION OF JOHN J. FRENI IN SUPPORT OF DEFENDANT MARIO RENDA'S MOTION FOR ATTORNEY'S FEES AND COSTS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 54 (d)(2); and

/ / /

4. DEFENDANT MARIO RENDA'S NOTICE OF LODGMENT IN SUPPORT OF MOTION FOR ATTORNEY'S FEES AND COSTS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 54 (d)(2)(A)

on the following parties:

| | |
|---|---|
| Bryan D. Sampson, Esq.<br>Sampson & Associates<br>2139 First Avenue<br>San Diego, CA  92101<br>bsampson@sampsonlaw.net<br>Tel : (619) 557-9420<br>Fax: (619) 557-9425 | Attorneys for AIRLINES REPORTING CORPORATION |

as follows:

__X__  **Service By CM/ECF** - pursuant to Federal Rule of Civil Procedure section 5(b)(D) on designated recipients through electronic transmission of said documents; a certified receipt is issued to filing party acknowledging receipt by CM/ECF's systems.  Once CM/ECF has served all designated recipients, proof of electronic service is returned to the filing party.  I designated the parties to receive the described document(s) pursuant to the list as maintained on the CM/ECF website.  In addition, each registered user of the CM/ECF system is responsible for assuring that the user's email account is monitored regularly, and that email notices are opened in a timely manner.

__X__  **[Federal]**  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed August 15, 2008, at San Diego, California.

                              s/  Kathryn Norte

2

CASE NO. 08-MC-00088
PROOF OF SERVICE RE MARIO RENDA'S MOTION TO FOR ATTORNEY'S FEES & COSTS